ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
RUSSELL EMMONS
Deputy Attorney General
State Bar No. 289135
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9555
  Fax: (619) 645-2061
  E-mail: Russell.Emmons@doj.ca.gov
*Attorneys for Defendants*
*CHP Officer J. Ray and CHP Sergeant J. Snider*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS LA MOTTE,** | 3:24-cv-7249-YGR |
| Plaintiff, | **STIPULATION TO MODIFY TRIAL DATES** |
| v. | |
| **CHP OFFICER J. RAY (22362), CHP SERGEANT J. SNIDER (17419), and DOES 1-25, inclusive,** | Dept:  1<br>Judge:  Hon. Araceli Martinez-Olguin<br>Trial Date:  None Set<br>Initial Pleading:  10/17/2024 |
| Defendants. | |

**THE PARTIES STIPULATE AS FOLLOWS:**

WHEREAS The above case has a current trial date of June 23, 2026; and

WHEREAS defense counsel has another, older case already scheduled for trial on June 26, 2026 in Los Angeles Superior Court (Case No. 4AVCV00002); and

WHEREAS Defendants filed a Motion for Leave to file a Motion for Reconsideration on the Order certifying the appeal as frivolous, and wish to give the Court time to consider its ruling; and

WHEREAS Plaintiff's counsel and defense counsel have conferred on the

1

soonest mutually available trial date, should the Court approve this stipulation;

THE PARTIES THEREFORE STIPULATE and request this Court vacate and reset the following dates in accordance with the following schedule:

1.  Trial currently set for June 23, 2026, be reset to August 24, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  March 24, 2026                                  Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

***/S/ Russell Emmons***
RUSSELL EMMONS
Deputy Attorney General
*Attorneys for Defendants Ray and Snider*

Dated:  March 24, 2026

***/S/ Izaak D. Schwaiger***
IZAAK D. SCHWAIGER
SCHWAIGER LAW FIRM
*Attorneys for Plaintiff Nicholas La Motte*

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and PURSUANT TO THE STIPULATION OF THE PARTIES, the Court makes the following changes to currently scheduled items.

1.  Trial currently scheduled for June 23, 2026 be reset to August 25, 2026.
2.  All other deadlines set in the March 16, 2026 Pretrial Order SHALL stay the same.

Dated:    3/25/2026    _____

**HONORABLE ARACELI MARTÍNEZ-OGUÍN**
**UNITED STATES DISTRICT JUDGE**

3

STIPULATION TO CONTINUE TRIAL (3:24-cv-7249-YGR)