Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
2901 Cleveland Avenue, Suite 201
Santa Rosa, CA 95403
Telephone: (707) 595-4414
Facsimile: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

John H. Scott, SBN 72578
**SCOTT LAW FIRM**
2767 Dyer Avenue
Sebastopol, California 95472
Telephone: (415) 377-3054
john@scottlawfirm.net

Attorneys for the Plaintiff
NICHOLAS LA MOTTE

Russell Emmons, SBN 28913
Deputy Attorney General
**ATTORNEY GENERAL'S OFFICE**
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-9555
Telephone: (619) 738-9555
Facsimile: (619) 645-2061
E-mail: russell.Emmons@doj.ca.gov

Attorneys for Defendants
CHP Officer J. RAY (22362) and
CHP Sergeant J. SNIDER (17419)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS LA MOTTE,

Plaintiff,

v.

CHP Officer J. RAY (22362), CHP Sergeant J. SNIDER (17419), and DOES 1-25, inclusive.

Defendants.

Case No. 3:24-cv-07249-AMO

~~[PROPOSED]~~ FINAL PRETRIAL ORDER

Date: May 21
Time: 11:00 a.m.
Courtroom: 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA

Judge: The Hon. Araceli Martínez-Olguin

Trial: August 25, 2026

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

## I. ~~[PROPOSED]~~ FINAL PRETRIAL ORDER

Plaintiff Nicholas La Motte ("Plaintiff") and Defendants Officer J. Ray and Sergeant J. Snider submit this jointpretrial conference statement.

**a. Substance of Claims:**

Plaintiff Nicholas La Motte alleges Defendants Officer J. Ray and Sergeant J. Snider violated his rights under the Fourth Amendment by causing him to be falsely arrested and falsely imprisoned for driving under the influence. In addition, Mr. La Motte alleges that Defendant Ray conducted unreasonable searches in violation of the Fourth Amendment by searching his vehicle and directing medical staff to seize a sample of his blood without lawful cause.

Defendants allege that Plaintiff's arrest was supported by probable cause to believe he was driving under the influence of drugs, and that the subsequent searches were lawful.

**b. Relief Sought**

Plaintiff seeks:

1. Economic and non-economic damages according to proof;
2. An award of exemplary or punitive damages against the individual defendants; and
3. An award of attorneys' fees and costs as permitted by law.

**c. Stipulated Facts**

On April 25, 2023, Nicholas La Motte was driving northbound on US-101 near Santa Rosa. He was subjected to a traffic stop by CHP Officer Ray and ordered to perform a series of field sobriety tests. Officer Ray then administered a preliminary alcohol screening device (PAS) to measure the alcohol content of Mr. La Motte's blood. The device returned a result of 0.00%. Officer Ray then arrested Mr. La Motte for driving under the influence and caused Mr. La Motte's vehicle to be impounded.

Officer Ray then transported Mr. La Motte to the CHP-Santa Rosa Area office where a second examination was done by Sergeant Snider. Officer Ray then transported Mr. La Motte in handcuffs to Sutter Hospital to have his blood drawn. Hospital staff drew a vial of blood from Mr.

La Motte's arm. Officer Ray then transported Mr. La Motte to the Sonoma County jail where he was booked on charges of driving under the influence. On October 19, 2023, the Sonoma County District Attorney declined to file charges against Mr. La Motte.

**d. Joint Exhibit List**

See Appendix I

**e. Plaintiff's Witness List**

See AppendixII

**f. Defendants' Witness List**

See Appendix III

Dated: April 23, 2026

Respectfully submitted,

**SCHWAIGER LAW FIRM**

By: _/s/ Izaak D. Schwaiger_
Izaak D. Schwaiger
Attorney for Plaintiff

Dated: April 23, 2026

**ATTORNEY GENERAL'S OFFICE**

By: _/s/ Russell Emmons_
Russell Emmons
Attorneys for Defendants






SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403