UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ARACELI MARTÍNEZ-OLGUÍN Case No. 24-cv-07249-AMO

CASE NAME: *La Motte v. Ray (22362)*

NOTE FROM THE JURY

Note No. 1

Date 8/28

Time ~~[illegible]~~ 2.50 pm

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

In questions 2, 13, 16, and 22 on the jury form, what does "conduct" mean? ~~[illegible]~~ Does it refer specifically to the actions mentioned in questions 1, 11, 15, and 20, respectively? OR does it refer to something broader?

[signature]
Foreperson of the Jury