| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐ NO ☐ |
|---|---|---|

| 1. CASE NAME<br>Nicholas La Motte v. CHP Officer J. Ray, et al. | 2. CASE NUMBER<br>4:24-cv-07249-AMO | 3. DATE JUDGMENT ENTERED<br>09/14/2026 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Defendants CHP Officer J. Ray and CHP Sergeant J. Snider |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY<br>Plaintiff Nicholas La Motte | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Izaak D. Schwaiger | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS: (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 28 U.S.C. 1923 | $405 | See Dkt. No. 1 (Receipt No. ACANDC-19962882) | | | |
| Service of Process, Civil LR 54-3(a)(2) | $403.90 | Declaration of Izaak D. Schwaiger, Ex. A (Steno Litigation Support invoice no. 1751875; POS service of summons Ray; POS service of summons Snider) | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $9,483.67 | Declaration of Izaak D. Schwaiger, Ex. B - Steno Invoices for depositions of J. Ray (invoice no. 2071347), J. Snider (invoice no. 2038272), L. Glenn (invoice no. 3069961). Aptus Invoice for deposition of N. La Motte (invoice no. 1176755) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $78.97 | Declaration of Izaak D. Schwqaiger, Ex. C – Trial witness binders per Pretrial Order No. 1, Dkt. No. 62, Section VIII. (C) Exhibits. (supporting documentation, receipt for witness binders, receipt for flash drives for video exhibits) | | | |
| Visual aids, Civil LR 54(d)(5) | $234 | Declaration of Izaak D. Schwaiger, Ex. C - Steno Litigation Support Invoice No.2228020, fee for lodging chambers copies video exhibits for Plaintiff's opposition to Def. motion for summary judgment. | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $695.52 | Declaration of Izaak D. Schwaiger, Ex. D - submitted invoice for trial appearance from Debra Erickson. | | | |
| | $40 | Declaration of Izaak D. Schwaiger, Ex. D - submitted deposition witness fee invoice no. 1041 from Lorenzo Glenn. | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $11,341.06 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:** Izaak D. Schwaiger

**SIGNATURE:** /s/ *Izaak D. Schwaiger* **DATE:** September 24, 2026

11. Costs are taxed in the amount of and included in the judgment.

Mark B. Busby
Clerk of Court

**BY:** Deputy Clerk **DATE:**

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Debra Erickson, Clovis, CA | 2 | $80 | 2 (1 day court appearance , 1 day for travel) | $283 (first and last per diem, 1 night hotel) | 377 miles (at $0.76 and $46 parking fee) | $332.52 | $695.52 |
| Lorenzo Glenn, Anaheim, CA | 1 | $40 | | | | | $40 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL WITNESS FEES/EXPENSES | $ 735.52 |

*Nicholas La Motte v. J. Ray, et al.*
Case No. 4:24-cv-07249-AMO

Itemization of Plaintiff's Statutory Costs

**Filing Fees**

| Receipt Date | Receipt Number | | |
|---|---|---|---|
| 10/17/2024 | ACANDC-19962882 | | |
| | | **TOTAL** | **$405.00** |

**Service of Process Expenses**

| Invoice Date | Invoice Number | Witness | Cost |
|---|---|---|---|
| 10/29/2024 | ECF Dkt. No. 7 | CHP Officer J. Ray | $154.70 |
| 10/31/2024 | ECF Dkt. No. 8 | CHP Sergeant J. Snider | $118.70 |
| 05/30/2025 | 1751875 | CHP | $130.50 |
| | | **TOTAL** | **$403.90** |

**Deposition Expenses**

| Invoice Date | Invoice Number | Deponent | Cost |
|---|---|---|---|
| 09/26/2025 | 2038272 | CHP Sergeant J. Snider | $3262.70 |
| 10/09/2025 | 2071347 | Officer J. Ray | $2,684.70 |
| 09/30/2025 | 1176755 | Nicholas La Motte | $1,134.57 |
| 08/17/2026 | 3069961 | Lorenzo Glenn | $2,40170 |
| | | **TOTAL** | **$9,483.67** |

**Reproduction of Trial Exhibits and Visual Aids**

| Invoice Date | Invoice Number | Item | Cost |
|---|---|---|---|
| 12/04/2025 | 2228020 | Legal support service, copy and lodge video exhibits to judge's chambers ISO opposition to motion for summary judgment | $234.00 |
| 08/08/2026 | 114-1236096 | Trial witness binders per PTO Dkt. No. 62 | $28.39 |
| 08/20/2026 | 400623041 | Flash drives for trial video exhibits | $50.58 |
| | | **TOTAL** | **$$312.97** |

**Witness Fees and Expenses**

| Witness Name | Date of Expense | Expense Description | Cost |
|---|---|---|---|
| Debra Erickson | 08/26/2026 | Travel day for 08/27/26 appearance at trial | $40 |
| | 08/27/2026 | Expert witness at trial | $40 |
| | 08/27/2026 | First and last day per diem and 1 night hotel | $283 |
| | 08/27/2026 | 377 miles at $0.76 per mi, $45 parking fee | $332.52 |
| Lorenzo Glenn | 08/10/2026 | Deposition witness fee | $40 |
| | | **TOTAL** | **$735.52** |