Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
2901 Cleveland Avenue, Suite 201
Santa Rosa, CA 95403
Tel. (707) 595-4414
Facsimile: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Brian Gearinger, SBN 146125
**GEARINGER LAW GROUP**
115 4th Street, Suite C
Santa Rosa, California 95401
Telephone: (415) 440-3102
E-mail: brian@gearingerlaw.com

John H. Scott, SBN 72578
**SCOTT LAW FIRM**
2767 Dyer Avenue
Sebastopol, CA 95472
Telephone: (415) 377-3054
E-mail: john@scottlawfirm.net

Attorneys for the Plaintiff NICHOLAS LA MOTTE

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS LA MOTTE,

Plaintiff,

v.

CHP Officer J. RAY (22362), CHP Sergeant J. SNIDER (17419), and DOES 1-25, inclusive.

Defendants.

Case No. 4:24-cv-07249-AMO

**DECLARATION OF BRIAN GEARINGER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Date: January 7, 2027
Time: 2:00 PM
Place: Courtroom 5, 2nd Floor
1301 Clay Street
Oakland CA 94612

I, Brian Gearinger, declare:

1. I am co-counsel of record for Plaintiff Nicholas La Motte ("Plaintiff") in this matter. I am an attorney at law duly licensed to practice before all of the courts of the State of California and the United States District Court for the Northern District of California. This declaration is made in support of Plaintiff's Motion for Attorneys' fees.

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

2. I have personal knowledge of the following facts, and if called as a witness can and will competently testify to them under oath, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

**EDUCATION AND EXPERIENCE**

3. I graduated from the University of Michigan Law School in 1989. I was admitted to practice law in the State of California and in the United States District Court for the Northern District of California in June 1990 and have been practicing law for over 36 years.[1] I have operated my own law firm since 2004, specializing in representing individuals in various claims for personal injuries, breach of contract, violations of civil rights, and violations of State and Federal protections for persons with disabilities. Prior to 2004, I was a Deputy City Attorney at the San Francisco City Attorney's Office (1998 to 2004) and a partner at the law firm of Hancock, Rothert & Bunshoft LLP (1989 to 1998). I have tried fourteen jury trials to verdict, five bench trials to decision, and one binding arbitration. I also have handled numerous appeals, including filing a Petition for Certiorari with the United States Supreme Court, and argued before the United States Ninth Circuit Court of Appeals and the State of California First District Court of Appeal. I have obtained numerous settlements in excess of $1m. More detailed information regarding my education and experience can be found at www.GearingerLaw.com.

4. My current market hourly rate is $985.

5. In 2023, I was part of a three-attorney team that obtained an $8,250,000 jury verdict in a civil rights case in the United States District Court for the Northern District of California, *Loggervale v. County of Alameda*, U.S.D.C. Case Number C20-4679WHA. The jury determined that two Alameda County Sheriff's deputies violated the civil rights of three Black women who were parked in front of a Starbucks by detaining them without reasonable suspicion and searching their vehicle without a warrant.

6. Following the trial in *Loggervale v. County of Alameda*, the Honorable William Alsup of the United States District Court for the Northern District of California awarded me

[1] I practiced for 24 years in San Francisco and for the past twelve years in Santa Rosa.

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

attorney's fees at $850/hour in 2023. Specifically, the Special Master made a Report and Recommendation Re Attorney's Fees that provided in pertinent part: Mr. Gearinger's "requested rate of $850/hour is reasonable in light of his experience and accomplishments, and the skill demonstrated in this case and others listed in his declaration." A true copy of the June 30, 2023 Special Master's Report and Recommendation Re Attorney's Fees is attached as Exhibit A to the accompanying Request for Judicial Notice ("RJN") at 8:19-20. The Court upheld the Special Master's Report and Recommendation regarding my $850/hour rate in 2023. Attached as Exhibit B to the RJN is a true copy of the September 14, 2023 Order Adopting Special Master Report and Recommendation As Modified.

7. In 2024, I was inducted into the American Board of Trial Advocates ("ABOTA").[2]

8. In 2025, our three-attorney team in the *Loggervale v. County of Alameda* case settled with defendants for $11,266,404.62 after the Ninth Circuit Court of Appeals upheld the jury verdict. Since then, our three-attorney team has received the following accolades:

- Consumer Attorney of the Year by the Consumer Attorneys of California. Attached as Exhibit A is a true copy of the November 15, 2025 press release entitled "CAOC announces 2025 Consumer Attorneys of the Year and Street Fighter of the Year."[3]
- Nomination for the San Francisco Trial Lawyers Association Trial Lawyer of the Year Award
- Daily Journal California Lawyer of the Year award entitled "Mother, 2 daughters win largest ever settlement for police detainment without incarceration or severe physical harm."

9. In 2026, Mr. Schwaiger and I settled a civil rights case for $1.95 million against

[2] The American Board of Trial Advocates was formed in 1958 in Los Angeles, California, becoming the first legal association to combine both plaintiff and defense lawyers with one common goal – the preservation of the 7th Amendment guaranteeing the right to a civil trial by jury. https://www.abota.org/Online/About/History_of_ABOTA.aspx.

[3] Consumer Attorney of the Year is awarded to a CAOC member or members who significantly advanced the rights or safety of California consumers by achieving a noteworthy result in a case.

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

the City of Sebastopol. In *Callaghan et al v. City of Sebastopol et al.*, 3:25-cv-06225-SI/LB, our client was a Type 1 diabetic who suffered a medical emergency while driving his six-year-old daughter. Rather than following his training, the officer tased our client four times even though he was not driving under the influence and not resisting. The case settled at a Mandatory Settlement Conference before Magistrate Judge Laurel Beeler.

10. My legal assistant is Mike Keck. Mr. Keck was a licensed California attorney from 1986 to 2015. He has been my legal assistant since 2017. Mr. Keck's current market hourly rate is $285.

**REQUESTED HOURLY RATES**

11. Based upon (1) my review of various fee awards in State and Federal courts in California, (2) past fee awards that I have received, and (3) my general knowledge of market rates in the San Francisco Bay Area, I am informed and believe and thereon allege that in 2026 the following hourly rates that Plaintiff's counsel are seeking as set forth below are reasonable and customary rates for attorneys and billing professionals in the San Francisco Bay Area with comparable education, experience, and skill. I further am informed and believe and thereon allege that these rates are *at or below* the rates currently charged in this community for complex litigation by attorneys and billing professionals of similar education, experience, and skill.

- John Houston Scott (1976 law school graduate) – $1,110
- Brian Gearinger (1989 law school graduate) – $985
- Izaak Schwaiger (2009 law school graduate) – $850

12. Regarding my legal assistant, Mr. Keck, given his background as a former practicing attorney, he is an extremely highly qualified legal assistant. I am informed and believe and thereon allege that in 2026, $285 per hour is a reasonable hourly fee for a legal assistant in the Bay Area with similar education, training, skill, and experience as possessed by Mr. Keck.

**TIME SPENT BY THE GEARINGER LAW GROUP ON THIS MOTION**

13. My hours through September 25, 2026 are 23.3. Attached as Exhibit B is a true copy of the Gearinger Law Group's billing record for time spent on this matter through

SCHWAIGER LAW FIRM
2901 CLEVELAND AVENUE, SUITE 201
SANTA ROSA, CA 95403

September 28, 2026. My total lodestar request ("reasonable hourly rate" of $985 multiplied by hours spent) is $22,950.50.

14. Mr. Keck's hours through September 28, 2026 are 11.9. Attached as Exhibit B is a true copy of the Gearinger Law Group's billing record for time spent on this matter through September 28, 2026. Mr. Keck's total lodestar request ("reasonable hourly rate" of $285 multiplied by hours spent) is $3,391.50.

15. I will provide this Court with a total of the hours spent in preparing Plaintiff's Reply brief, as well as providing an estimate of the time related to preparing for and attending the hearing of this motion – all to be included with Plaintiff's Reply brief.

I declare under penalty of perjury under laws of the State of California and the United States that the foregoing is true and correct.

Executed on September 28, 2026 at Santa Rosa, California.

*/s/ Brian Gearinger*
BRIAN GEARINGER