ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
RUSSELL EMMONS
Deputy Attorney General
State Bar No. 289135
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9555
Fax: (916) 732-7920
E-mail: Russell.Emmons@doj.ca.gov
*Attorneys for Defendants CHP Officer J. Ray and CHP Sergeant J. Snider*

NO ORAL ARGUMENT REQUESTED
UNLESS ORDERED BY COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LA MOTTE,<br><br>Plaintiff,<br><br>v.<br><br>CHP OFFICER J. RAY (22362), CHP SERGEANT J. SNIDER (17419), and DOES 1-25, inclusive,<br><br>Defendants. | 4:24-cv-07249-YGR<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR NEW TRIAL**<br><br>Date: November 5, 2026<br>Time: 2:00 P.M.<br>Dept: 1<br>Judge: Hon. Araceli Martinez-Olguin<br>Trial Date: August 24, 2026<br>Action Filed: October 17, 2024 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on November 5, 2026, at 2:00 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, defendants CHP Officer J. Ray and CHP Sergeant J. Snider ("Defendants") will and hereby do move the Court for Judgment as a Matter of Law under Federal Rules of Civil Procedure 50 or, in the alternative, for a new trial under Federal Rule of Civil Procedure 59 for the reason that the Defendants' decision to arrest plaintiff Nicholas La Motte ("Plaintiff") is protected by the doctrine of Qualified Immunity, that there was probable cause for the arrest, that there was no basis for the jury to award punitive damages, and (in the case of the new trial) that Defendants learned for the first time in Plaintiff's opening statement that he claimed he had a "cavity search," that investigation revealed Plaintiff

was lying about this claim, and the jury agreed that the cavity search was the most significant part of their decision with respect to damages.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the affidavit of Russell Emmons, the affidavit of Sergeant John Snider, and all exhibits appended thereto, all pleadings and papers on file in this action, the trial record and minutes, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: September 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General

*/s/ Russell Emmons*

RUSSELL EMMONS
Deputy Attorney General
*Attorneys for Defendants Officer J. Ray and Sergeant J. Snider*

SF2024803709