ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
RUSSELL EMMONS
Deputy Attorney General
State Bar No. 289135
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9555
Fax: (916) 732-7920
E-mail: Russell.Emmons@doj.ca.gov
*Attorneys for Defendants CHP Officer J. Ray and CHP Sergeant J. Snider*

NO ORAL ARGUMENT REQUESTED UNLESS ORDERED BY COURT

IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LA MOTTE,<br>Plaintiff,<br>v.<br>CHP OFFICER J. RAY (22362), CHP SERGEANT J. SNIDER (17419), and DOES 1-25, inclusive,<br>Defendants. | 4:24-cv-07249-YGR<br>**DECLARATION OF SERGEANT JOHN RYAN SNIDER IN SUPPORT OF MOTION FOR NEW TRIAL**<br>Date: November 5, 2026<br>Time: 2:00 P.M.<br>Dept: 1<br>Judge: Hon. Araceli Martinez-Olguin<br>Trial Date: April 27, 2026<br>Action Filed: October 17, 2024 |

I, J. Ryan Snider, hereby declare as follows:

1. I am an party to this case. I can testify to the following of my own personal knowledge.

2. On the first day of trial, Defense counsel Russell Emmons asked me to check through any contacts I or CHP have if the county jail performs anal cavity searches of routine DUI arrestees. I spent the week trying to contact anyone to give me information. Ultimately, I learned after the case was submitted to the jury that: 1) any strip search or cavity search required a written report justifying the search and supervisory approval before it could be performed; 2) any strip search or cavity search performed required written documentation of the specific facts justifying the search, the supervisor who approved the search, the personnel who conducted the search, and

the results of the search, and 3) there was no written documentation or any evidence that Plaintiff was strip searched or had a cavity search.

/ / /

I affirm under penalty of perjury under the laws of the State of California that the foregoing information is true and correct of my own knowledge and that this declaration is being executed on this September 23, 2026 at Rohnert Park, California

/s/ J. Ryan Snider
J. Ryan Snider

SF2024803709
85429761.docx