ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
RUSSELL EMMONS
Deputy Attorney General
State Bar No. 289135
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9555
Fax: (916) 732-7920
E-mail: Russell.Emmons@doj.ca.gov
*Attorneys for Defendants CHP Officer J. Ray and CHP Sergeant J. Snider*

NO ORAL ARGUMENT REQUESTED
UNLESS ORDERED BY COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LA MOTTE,<br><br>Plaintiff,<br><br>v.<br><br>CHP OFFICER J. RAY (22362), CHP SERGEANT J. SNIDER (17419), and DOES 1-25, inclusive,<br><br>Defendants. | 4:24-cv-07249-YGR<br><br>**DECLARATION OF RUSSELL EMMONS IN SUPPORT OF MOTION FOR NEW TRIAL**<br><br>Date: November 5, 2026<br>Time: 2:00 P.M.<br>Dept: 1<br>Judge: Hon. Araceli Martinez-Olguin<br>Trial Date: April 27, 2026<br>Action Filed: October 17, 2024 |

I, Russell J. Emmons, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am employed as a Deputy Attorney General for the California Attorney General's Office. I am assigned to represent defendants CHP Officer J. Ray and CHP Sergeant Snider in this action. I can testify to the following of my own personal knowledge.

2. On September 15, 2025, I took the deposition of Nicholas La Motte. During his description of his brief arrest he explained he had been strip searched. At that time, I specifically asked him if he had a rectal cavity search. In response, he only confirmed that he had been strip searched and received a hernia exam (he said he was told to "drop and cough"). A true and

/ / /

correct copy excerpts of Plaintiff's deposition transcript is attached as Exhibit A and incorporate herein by this reference.

3. On the first day of trial, Plaintiff's counsel said in opening that, in addition to the strip search, he had also had a physical anal cavity search. This was a surprising new claim and I immediately asked Officer Ray and Snider if the County Jail routinely did physical anal cavity searches for routine DUI arrests. They told me they would check, but the County Jail was a third party and it would take time.

4. I learned over the weekend, while the jury was deliberating, that the County Jail has a written policy forbidding *both* strip searches and cavity searches without written reports documenting the justification for any search and that there was no evidence either search took place. A true and correct copy of the jail policies and booking records are attached as Exhibit B and incorporated herein by this reference.

5. After the jury returned a verdict in favor of Plaintiff, we specifically asked them how the strip search and cavity search factored into their decision. They told us it was the "most significant harm in terms of damages.

I affirm under penalty of perjury under the laws of the State of California that the foregoing information is true and correct of my own knowledge and that this declaration is being executed on this September 28, 2026 at San Diego, California

*<u>/s/ Russell Emmons</u>*
Russell J. Emmons

SF2024803709

EXHIBIT A

# SONOMA COUNTY SHERIFF'S OFFICE

EDDIE ENGRAM
Sheriff-Coroner

August 31, 2026

Russell Emmons

RE: La Motte Booking Records

To Whom It May Concern,

In accordance with the Sonoma County Main Adult Detention Facility (Policy 510), a strip search may be conducted prior to placing the subject in a housing unit or by request of the authorized Sergeant on duty. In the case of Nicholas La Motte on April 25th, 2023, he was not housed and there is no documentation from staff to conduct a search as stated in Policy 510.4.1 (c).

Pursuant to Policy 510, there is no evidence or documentation establishing that a strip search was conducted or authorized during the booking of Nicholas La Motte on April 25th, 2023.

Please let me know if there are any further questions.

Sincerely,

Julie Knowles

Julie Knowles
Law Enforcement Services Supervisor
Sonoma County Sheriff Office

4/25/2023 6:36 kgroat SONOMA COUNTY ADULT DETENTION SYSTEM 10427 Page 1
RELEASE VERIFICATION

Booking Number: 10243061 D-File Number: 267209
Name: LAMOTTE, NICHOLAS JIVON MICHAE

Release Status: BAIL BOND

Appear in Court TEMP on 05/23/2023 at 0830
CHP-MD55837

Cleared on 04/25/2023 0636 kgroat CLETS INFORMATION REVIEWED BY [initials]
Initials

Authorized By: [signature] 4/25/23 0840
Date Time

Cell location: Room: BKWT MAIN ADULT DET FAC

Property released: Box: 673

| TYPE | DESCRIPTION | RELEASED TO | DATE |
|---|---|---|---|
| WATCH | N | | |
| RING | N | | |
| NECK CHAIN | N | | |
| BRACELET | N | | |
| PIERCINGS | 2 Y/M STUDS W/CLR STONE | | |
| LIGHTER | N | | |
| KNIFE | N | | |
| KEYS | N | | |
| DL/ID | 1 CA DR LIC. | | |
| CREDIT/ATM | 1 GUSTO (VISA/DEBIT) | | |
| CELL PHONE | 1 CELL PHONE-CRACKED SCREEN | | |
| ADMIN PER | DMV ADMIN PER SE | | |
| MISC. CARD | 1 SOC.SEC.CARD | | |
| MISC. CARD | 1 GOLDEN STATE ADV. | | |
| MISC. CARD | 1 CA STATE BENEFITS ID | | |
| DL/ID | 2 CA DMV ID-(1/EXPIRED) | | |
| MISC. | 1 BOTTLE EYE DROPS | | |
| RECEIPT | 1-CHP PROPERTY SAFEKEEPING | | |
| VISA/DEBIT | 1 CHIME | | |
| MASTERCARD | 1 PAYPAL | | |
| VISA CARD | 1 RCU-PLATINUM | | |
| VISA/DEBIT | 1 RCU-GREEN | | |
| VISA/DEBIT | 1 SUTTON BANK-BLK #1310 | | |
| VISA/DEBIT | 1 SUTTON BANK-BLK #7901 | | |

x Nicholas LaMotte [signature] #181 4/25/23
LAMOTTE, NICHOLAS JIVON M Clerk Date Time

it is your responsibility to verify you have received all your property

x Nicholas La Motte $ 750-
LAMOTTE, NICHOLAS JIVON M Cash Received Date Time

CONTROLLED DOCUMENT – DO NOT DUPLICATE

4/25/2023 6:36 SONOMA COUNTY ADULT DETENTION SYSTEM 10427 Page 2

RELEASE VERIFICATION

Booking Number: 10243061 D-File Number: 267209
Name: LAMOTTE, NICHOLAS JIVON MICHAE

Release Status: BAIL BOND

Appear in Court TEMP on 05/23/2023 at 0830
CHP-MD55837

RECEIPT #A004963972
04/25/2023 0635 hours
$10,000.00 BAIL BOND
#U25-21570994 ✓
BY BULLS-EYE BAIL BONDS
PO BOX 6261
SANTA ROSA, CA 954060000

CONTROLLED DOCUMENT – DO NOT DUPLICATE

1

ADULT DETENTION FACILITY

COUNTY OF SONOMA

RECEIPT #A004963985

04/25/2023 1002 hours

$0.00 CASH WITHDRAWAL

FOR LAMOTTE, NICHOLAS JIVON MICHAE

BOOKING NUMBER: 10243061

BY RELEASE

CONTROLLED DOCUMENT – DO NOT DUPLICATE

267209 : LAMOTTE, NICHOLAS J 254889

Loc: MADF BOOK BKWT Sonoma County, CA Acct: sonomaCA-11413 4/25/2023 6:39:43 AM

By: LBONANNO From: MADF Intake Cash Drav Prior Balance: $750.00

| | | |
|---|---|---|
| Release | RESIDENT RELEASE | |
| Close | | |
| Bill | Debit Card Fund : Debit Card Release<br>Released To: LAMOTTE, NICHOLAS J<br>For Debit Card: | $750.00 CHRG |
| BillPay | PAYMENT FOR TRANS 254891 | -$750.00 |

Sign: ______________________________ Main Balance: $0.00

CONTROLLED DOCUMENT – DO NOT DUPLICATE

**PRE-RELEASE CHECK OFF FORM – MOVEMENT DEPUTY AND RELEASING DS**

**Verify ALL information from ID below or booking sheet, not Management card**

Inmate Name ______________________ Bkg#__________________

TYPE OF RELEASE Bail Bond

**Deputy**

**Dress-out/Booking to Release window**

- [x] Verify **Full Name** and date of birth using photo and demographics above not from management card
- [x] Verify **date of birth** and using photo and demographics above or from booking sheet not from management card
- [x] Verify Name and photograph from Live ID

JUSTICA #786 9-25-23

Deputy Date

**Releasing DS**

- [x] Verify **Full Name**
- [x] Verify **date of birth** against **D file** not management card
- [x] Verify **other demographics** such as SSN against **D file** not management card

DM 4/20/23

DS Date

**CONTROLLED DOCUMENT – DO NOT DUPLICATE**



Name
LAMOTTE, NICHOLAS JIVONMICHAE



10243061

D.O.B.
[redacted]

Description:

| Height | Weight |
|---|---|
| 6' 00" | 210 |
| Eye Color | Hair Color |
| BRO | BLK |



Name
LAMOTTE, NICHOLAS JIVONMICHAE



10243061

D.O.B.
[redacted]

Description:

| Height | Weight |
|---|---|
| 6' 00" | 210 |
| Eye Color | Hair Color |
| BRO | BLK |

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# PRE-RELEASE CHECK OFF FORM

Inmate Name Lamotte, Nicholas Bkg# 10243061

| DS | Sup/Sgt. | |
|---|---|---|
| ☑ | ☑ | Should this release be a temporary or final release? Detainer needed? |
| ☑ | ☑ | Run/verify CLETS both by name (no middle initial), DOB and CII number |
| ☑ | ☑ | Verify receipt of Livescan and ensure that it matches subject. If no Livescan in file how was subject's identity verified before release: uni file |
| ☑ na | ☑ | Does subject have a court date today? Will inmate be released in time to go to court on their own? If not, hold inmate and do not release until all minutes are received (**including** not-in-custody-cases) |
| ☑ | ☑ | Access UNIX, use PF9 or cases tab in CJS to verify all local cases, compare and **read each current set of court minutes thoroughly to ensure proper disposition** *If inmate has not been to court, use booking sheet to verify information |
| ☑ na | ☑ | If a time served release, ensure the time computation has been reviewed, verified, and the sentencing information matches the court minutes and Rehab is not ordered |
| ☑ | ☑ | In UNIX, use PF8 or holds tab in CJS to view HOLDS. Review any paperwork related to the hold in the file (end of hold dates, drop hold dates) ensure proper disposition of each hold is Ø complete and accurate and that any sentenced time related to a detainer has been served |
| ☑ | ☑ | If processing bail or cite, ensure that you have a bond or cite for each case/hold. Check bond or cite for accuracy (name, charges, court date, case numbers, locations, etc....) and valid power of attorney for bonds |
| ☑ | ☑ | Check booking sheet and D-file for any **1269 or 1275 PC** forms. If so, is inmate eligible to be released (1275 hearing held, case adjudicated, 1269-review penal code)? Ø |
| ☑ na | ☑ | Fill out any required registration forms as indicated on the release verification |
| ☑ na | ☑ | Supervisors/Sergeants notify any victims if required |
| ☑ na | ☑ | Supervisors/Sergeants notify mental health/medical for any exit interviews if required |
| ☑ na | ☑ | Supervisors/Sergeants Review ICE notice based on most current information. Notify ICE if subject qualifies utilizing the Immigration Notification Matrix |

Krystal Groat #903 [signature] 4/25/23

DS Sup/Sgt Date

DD-921 (Rev. 3/18)

CONTROLLED DOCUMENT – DO NOT DUPLICATE

4/25/2023 5:43:57 AM FULL BOOKING Page 1

Booking Number: 10243061
Name: LAMOTTE, NICHOLAS JIVON MICHAE

Booking Date : 4/25/2023 Time : 0444
290 Registrant:

[redacted]

D-FILE : 267209
CII : A30578629
FBI : 138191FD5



Dfile Name : LAMOTTE, NICHOLAS JIVONIMICHAEL
AKA :
Arrival Date : 4/25/2023 at 4:05 AM
Arresting Officer : J. RAY
Transport Officer : SAME
Agency : CALIFORNIA HIGHWAY PATROL
Arrested For :
Arrest Date : 4/25/2023 at 1:56 AM
Location : SANTA ROSA AVENUE AT ROBERTS LAKE

Bkd By : ebufano
Number : 22362
Number :
Number : MD55837

Year : 05 Make : MERZ Color : SIL
Model : C230 License Number : 7AHN472 State : CA
Vehicle Location : PERFORMANCE TOW
Sex : Male DOB : [redacted]
Race : Black
Height : 6' 0"
Weight : 210
Eyes : BROWN
Hair : BLACK
Length : Long
Style/Type : Curly, Afro/Nat
Complexion : Medium
Face Hair : Facial Hair, Goatee/Mustache

Birth Place : SAN JOSE, CA
Occupation : NONE LISTED
SSN :
DLN : F4567899 CA

** Emergency Contact **
NONE LISTED

(707)

** Scars/Marks/Tattoos **
TATTOO LEFT CHEEK Miscellaneous MUSIC NOTE
TATTOO RIGHT EAR Miscellaneous MUSIC NOTE

ON VIEW CHP-MD55837 10000
23152(f) VC M DUI DRUG ONLY

** Holds **
NONE

Court Appearance set - 4/26/2023 at 8:30 AM in 7
Total Bail : $10,000

Court Remarks:
**NOT ON PREVIOUS REDUCED BAIL**

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# SONOMA COUNTY DETENTION PRE-BOOKING FORM

| DETENTION USE ONLY | | |
|---|---|---|
| PRECLASS | HOLDING BKLT | D# 267209 |

LEGAL NAME — LAST: LAMOTTE FIRST: NICHOLAS MIDDLE: JIVON MICHAEL — CII: — FBI:

RESIDENCE: [redacted] TELEPHONE: 707 620 3974

SEX: M RACE: B DATE OF BIRTH: [redacted] AGE: 26 HEIGHT: 6'00" WEIGHT: 210 HAIR: BLK EYES: BRN PLACE OF BIRTH: SAN JOSE

DDL# F4567899 STATE (if not CA) SO[redacted] EMPLOYER: OCCUPATION:

ALIAS/MONIKERS:

EMERGENCY CONTACT NAME: RELATIONSHIP/ADDRESS: TELEPHONE NUMBER:

FIRST COLUMN IN EACH CATEGORY IS MANDATORY. SELECT ONLY ONE ITEM PER COLUMN

| 1st HAIR LENGTH 2nd | 1st HAIR TYPE 2nd | 1st HAIR STYLE 2nd | 1st FACIAL HAIR 2nd | 1st COMPLEXION 2nd |
|---|---|---|---|---|
| 2 ○ Collar; 3 ● Long; 4 ○ Shoulder; 5 ○ Short; 6 ○ None / 1 ○ Bald; 7 ○ Partly Bald; 8 ○ Shaved — (3) | 1 ● Coarse; 2 ○ Fine; 5 ○ Wiry; 6 ○ Normal; 8 ○ None — (1) / 3 ● Thick; 4 ○ Thinning; 7 ○ Thin — (3) | 3 ○ Bushy; 7 ○ Straight; 8 ○ Wavy; 11 ○ Curly; 12 ○ None — 11 / 1 ● Afro/Nat; 2 ○ Braided; 4 ○ Greasy; 5 ○ Military; 6 ○ Ponytail; 9 ○ Corn Rows; 10 ○ Wig — (3) | 1 ○ Clean Shaven; 7 ○ None/Fuzz; 9 ○ Unshaven (Stubble); 10 ○ Facial Hair; 11 ○ Female — 10 / 2 ○ Full Beard w/o Mustache; 3 ○ Full Beard w/ Mustache; 4 ○ Goatee w/o Mustache; 45 ○ Goatee/Lower Lip; 46 ○ Goatee/Mustache; 48 ○ Goatee/Sideburns; 5 ○ Lower Lip w/o Mustache; 56 ○ Lower Lip /Mustache; 58 ○ Lower Lip/Sideburns; 6 ○ Mustache; 68 ○ Mustache/Sideburns; 8 ○ Sideburns — 46 | 2 ○ Light/Pale; 3 ● Medium; 4 ○ Dark; 6 ○ Ruddy — (3) / 1 ○ Acne/Pocked; 5 ○ Freckled |

SCARS, MARKS, TATOOS, TEETH, AMPUTATIONS: MUSIC NOTE L CHEEK, MUSIC NOTE R EAR, L ARM PEEPHOLE OF SF

ARRESTING AGENCY: CHP CASE# LOCAL# MD55837 ARREST DATE/TIME: 04/25/23 0156 LOCATION: SANTA ROSA AVE AT ROBERTS LAKE

ARRESTING OFFICER: J. RAY ID NUMBER: 22362 TRANSPORTING OFFICER(S): SAME ID NUMBER:

ARRIVAL AT JAIL DATE: 4/25/23 TIME: 0405 VEHICLE LOCATION: PERFORMANCE TOW 707 546 9023

VEHICLE INFORMATION YEAR: 2005 MAKE: MERZ MODEL: C230 COLOR: SIL LICENSE#: 7AHN472 STATE (if not CA): CA

| LOCAL CHARGES WARRANT | ON VIEW | CODE SECTION | F/M/I/C | CRIME TITLE/WARRANT NUMBER | BAIL |
|---|---|---|---|---|---|
| ☐ | ☒ | 23152 (F) VC | M | DUI DRUGS | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

HOLDS/OUT OF COUNTY WARRANTS (List County, Warrant#, Charge and Bail)

OBSERVATIONS OF BEHAVIOR WHILE IN CUSTODY: ESCAPE RISK ☐ YES ☒ NO — VIOLENT/ASSAULTIVE ☐ YES ☒ NO — SUICIDAL ☐ YES ☒ NO — SPECIAL CUSTODY ☐ YES ☒ NO — BLOOD ALCOHOL LEVEL IF KNOWN: 0.00 CONSENT BLD

EXPLAIN ALL YES RESPONSES WITH SPECIFIC DETAIL FOR PURPOSES OF BAIL AND HOUSING:

VICTIMS TO BE NOTIFIED UPON RELEASE: TELEPHONE NUMBER:

MEDICAL STATEMENT: HOSPITAL CLEARANCE IS REQUIRED PRIOR TO THE CUSTODY OF any individual who is or has been unconscious or is unable to walk under his/her own power, having or recently had convulsions, significant external bleeding, obvious fractures, signs of head injuries, serious injury or illness, symptoms of possible internal bleeding or with abdominal bleeding, complaints of pain or trauma, displaying signs of drug/alcohol withdrawal, or pregnant women with any illness or injury or in labor.

DESCRIBE INJURY/ILLNESS: HOSPITAL CLEARANCE: YES ☐ N/A ☒

REASONS FOR NON-RELEASE OF MISDEMEANANT ☐ CHECK APPROPRIATE BOXES AS IT APPLIES. ONE OR MORE REASONS MUST BE NOTED.

1 ☐ INTOXICATION THE ARRESTEE COULD BE A DANGER TO SELF OR OTHERS.
2 ☐ MEDICAL AID SUCH AID IS NEEDED BY SUSPECT OR HE IS UNABLE TO CARE FOR HIS OWN SAFETY.
3 ☒ ARRESTED FOR ONE OR MORE OFFENSES WHERE SUCH OFFENSES ARE LISTED IN SECTION 40302 CVC.
4 ☐ OUTSTANDING WARRANTS ONE OR MORE WARRANTS OF ARREST ARE OUTSTANDING FOR A PERSON.
5 ☐ SATISFACTORY IDENTIFICATION SUCH IDENTIFICATION COULD NOT BE ESTABLISHED WITHIN REASON.
6 ☐ RELEASE WOULD JEOPARDIZE PROSECUTION JEOPARDIZED, WOULD BE THIS OFFENSE OR ANY OTHER.
7 ☐ REASONABLE LIKELIHOOD THE OFFENSE WOULD CONTINUE THE OFFENSE WOULD CONTINUE OR THE SAFETY OF PERSONS OR PROPERTY BE IMMEDIATELY ENDANGERED BY THE SUSPECT'S RELEASE.
8 ☐ ARRESTEE DEMANDS TO SEE MAGISTRATE CUSTODY MUST RESULT WHERE SUSPECT REFUSES TO SIGN A PROMISE TO APPEAR OR DEMANDS TO SEE A MAGISTRATE.
9 ☐ ANY OTHER REASON IN THE EVENT 1-8 HAS NO APPLICATION, OR ADDITIONAL GROUNDS EXIST, THEY MUST BE LISTED BELOW.

TOTAL CASH: $ $1435 OFFICER'S SIGNATURE: [signature]

DD 580 (9/97) S.C.Repro GTO

CONTROLLED DOCUMENT – DO NOT DUPLICATE

**SONOMA COUNTY SHERIFF'S OFFICE**
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**
**AFFIDAVIT RE PROBABLE CAUSE**

The affiant, A Peace Officer for the State of California, Agency CHP - SR,
states that on (date) 4/25/23, (name) NICHOLAS JIVON MICHAEL LAMOTTE
(arrest time) 0156, (booking time) 0405, (agency no) MD55837,
was booked at the Sonoma County Jail on the following charges:

| FELONY CHARGE(S) | MISDEMEANOR CHARGE(S) | BAIL AMOUNT |
| --- | --- | --- |
| | 23152(F)VC | |
| | | |
| | | |
| | | |

What circumstances led you to believe that the defendant had committed the above offense(s)? (If you relied on third party information, describe circumstances).

I MADE A STOP FOR SPD. CONTACTED DRIVER NOTED OBJECTIVE SIGNS/SYMPTOMS OF ~~[illegible]~~ DRUG INTOXICATION. DRIVER PERFORMED FST'S POORLY. WAS ARRESTED FOR DUI DRUGS. DRIVER PERFORMED A DRE EVAL.

I declare, under penalty of perjury, the foregoing is true and correct.

[signature] Signanture of Affiant — J. RM Printed Name of Affiant — 4/25/23 Date

****************************************************************************

The People of the State of California,

Plaintiff

VS

____________________ It appearing to the Court from the information submitted:

Defendant

{ } There ***IS*** sufficient probable cause to detain the defendant:

{ } There ***IS NOT*** sufficient probable cause to detain the defendant. It is hereby ordered that the defendant be released:

{ } Exigent circumstances exist. It is ordered that the defendant be held ______ additional hours: for a felony, to wit: violation(s) of ______ ______ ______

**Date** — **Time** — **Judge of the Superior Court of Sonoma County**

Pursuant to a telephonic conversation with a representative of the Probation Dept., Judge ________________ made the above Order upon considering an Affidavit of Probable Cause filed by the arresting Officer.

**Date & Time of Telephonic Review** — **Probation Officer**

PTL-350 Revised 9-10-2001

CONTROLLED DOCUMENT – DO NOT DUPLICATE

1CNDJ.BBYJ.BBYJ
CPPROD

* * * *
LIVE SCAN TRANSACTION AGENCY NOTIFICATION
* * * *

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION REGARDING SUBJECT/LAMOTTE,NICHOLAS JIVONMICHAE, [redacted]
BOOKING AGENCY/CA0490000, BOOKING NUMBER/10243061, MAIN NUMBER/D0267209, SCN/R88Q1150006.

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/LA MOTTE,NICHOLAS JIVON [redacted] CII/A30578629.

** DO NOT COLLECT DNA SAMPLE TYPED ANALYZED
** PALM PRINTS AVAILABLE
** III CALIFORNIA ONLY SOURCE RECORD
FBI/138191FD5 ✓
CII/A30578629 ✓
[redacted] ✓ SEX/M RAC/BLACK
HGT/600 WGT/195 EYE/BRO HAI/BRO POB/CA
NAM/01 LA MOTTE,NICHOLAS JIVON
AKA/02 LA MOTTE,NICHOLAS JIVONMICHAEL
AKA/03 LAMOTTE,NICHOLAS JIVON ✓
AKA/04 LA MOTTE,NICHOLAS J
AKA/05 LA MOTTE,NICHOLAS JIVON MICHAE
AKA/06 LAMOTTE,NICHOLAS JIVONIMICHAE
CDL/F4567899 ✓
[redacted] ✓

* * * * * * * * * END OF DOJ MESSAGE * * * * * * * * *


CONTROLLED DOCUMENT – DO NOT DUPLICATE

1CNDJ.BBYJ.BBYJ
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA 94203-4170

DATE: 04/25/2023

Agency:
CA0490000

RE: FINGERPRINTS SUBMITTED TO THE FBI

A fingerprint search of the records contained in FBI files found a match for the following subject. An electronic RAP sheet was not returned.

| | |
|---|---|
| NAME: | LA MONTTE,NICHOLAS JIVON |
| OCA: | 10243061 |
| FBI: | 138191FD5 |
| SID: | CA30578629 |
| DATE SUBMITTED: | 04/25/2023 |
| SCN #: | R88Q1150006 |


CONTROLLED DOCUMENT – DO NOT DUPLICATE

# CUSTODY ADVISEMENTS

## HEALTH WARNING FOR INMATES

Certain behaviors are associated with a high risk of contracting infectious diseases such as **MRSA, Hepatitis B, Hepatitis C and HIV** (Human Immunodeficiency virus). These behaviors are: **sexual activity, intravenous drug use, sharing of personal hygiene items (such as shaving utensils, toothbrushes and towels), tattooing, and passing bodily secretions to another person in any form.** Not only are sexual intercourse, sharing needles and tattooing illegal in this facility, they could cause you to become seriously ill or die. If you have any questions, ask to speak to medical staff.

## REPRODUCTIVE ADVISEMENT

**Sterilization for the purpose of birth control is prohibited.** Sterilization for another purpose is prohibited unless (a) it is required for the immediate preservation of life in an emergency medical situation, or (b) it is medically necessary and less invasive measures are nonexistent, refused or deemed unsuccessful in consultation with the medical provider, the medical need for the sterilization is confirmed after an in-person consultation by an independent physician, and patient consent is obtained. If a sterilization procedure is performed, pre and post sterilization psychological consultations must be made available in addition to medical follow-up.

## PRISON RAPE ELIMINATION ACT

Sonoma County Sheriff's Office has a **ZERO TOLERANCE** policy towards any form or sexual abuse or sexual harassment. Sexual relations or misconduct between inmates is prohibited. Abuse, suspected abuse or sexual harassment can be reported to any staff member at any time.

## NOTICE OF TELEPHONE MONITORING

It is the policy of the Sonoma County Sheriff's Department to randomly monitor and/or record, for security reasons and possible criminal investigation, all of the inmate telephone lines within the Main Adult Detention Facility (MADF) and the North County Detention Facility (NCDF). To ensure confidentiality, the telephone numbers of attorneys with officers in Sonoma County will be blocked from monitoring/recording. In order to place a confidential call to an attorney with an officer in another county or to a religious advisor or licensed physician, you must submit an, "Inmate Request Form" to the Classification Unit at least 48 hours in advance of the call.

## WAIVER OF EXTRADITION AGREEMENT

I agree that if I should be charged with escape, that I do hereby waive extradition to Sonoma County, California, without requisition papers, warrant of rendition or other legal process having for its objective my return to the aforesaid place. This waiver is made without reference to my guilt or innocence and is not in any way prejudicial to my case and is not an admission of guilt.

## REQUEST FOR PROTECTIVE CUSTODY

Protective Custody is available to you if you feel your safety would be at risk if you were housed with other inmates. Access to programs may be limited while housed in Protective Custody.

Do you wish to be placed in Protective Custody? ( ) Yes Reason: (X) No

## CUSTODIAL PARENT WITH RESPONSIBILITY FOR MINOR CHILD

If you are a custodial parent with responsibility for a minor child, you may use the phones in the booking area to make arrangements for care of your minor child. Free local calls and collect long distance dialing is available to you. Are you a custodial parent with responsibility for a minor child? ( ) Yes (X) No

## MEDICAL AND MENTAL HEALTH SERVICES

***READ TO INMATE:***

**MEDICAL AND MENTAL HEALTH SERVICES ARE AVAILABLE TO YOU WHILE YOU ARE IN JAIL. TELL AN OFFICER IF YOU NEED TO SEE A NURSE OR A MENTAL HEALTH WORKER.**

Inmate Name: LAMOTE, NICHOLAS Booking #______ D #______

Inmate Signature: X Nic La Motte Date: 4/25/23

Witness Name & ID # R 2883

DD 526 (Rev. 1/20)

CONTROLLED DOCUMENT – DO NOT DUPLICATE

## AVISO DE SALUD PARA PRESOS

Ciertos comportamientos están asociados con un alto riesgo de contraer enfermedades infecciosas talès como **MRSA, Hepatitis B, Hepatitis C y el SIDA** (virus de inmunodeficiencia humana). Estos comportamientos son: **actividad sexual, uso de drogas intravenosas, intercambio de artículos de higiene personal )como utensilios de afeitar, cepillos de dientes y toallas), tatuaje y pasando por secreciones corporales a otra persona en cualquier forma**. No solo son las relaciones sexuales, compartir agujas y tatuaje ilegal en esta instalación, podrían hacerle enfermar gravem ente o morir. Si usted tiene alguna pregunta, pida hablar con el personal medico.

## ASESORAMIENTO REPRODUCTIVO

Esta prohibida la esterilización con el fin de control de la natalidad. Esterilización para otro propósito está prohibida a menos que (a) se requiere para la conservación inmediata de la vida en una situación de emergencia médica, o (b) es médicamente necesario y medidas menos invasivas son inexistentes, rechazado o considerado fracasa do consulta con el médico, la necesidad médica de le esterilización se confirma después de una consulta en persona por un médico independiente, y se obtiene el consentimiento del paciente. Si se realiza un proce dimiento de esterilización, pre y post consultas psicológicas de esterilización se realizará además un seguimiento médico.

## ACTO DE ELIMINACION DE ASALTOS SEXUALES EN LAS PRISIONES

La Oficina del Alguacil del Condado de Sonoma tiene una póliza de cero tolerancia hacia cualquier forma de abuso sexual o acoso sexual. Relaciones sexuales o mala conducta entre presos es prohibida. Abuso, sospecha de abuso o acoso sexual pueden ser reportados a cualquier miembro del personal a cualquier hora.

## NOTICIA DE GRABACION DE LLAMADAS TELEFONICAS

Es la politica de El Departamento de Alguacíl del Condado de Sonoma, grabar todas la llamadas telefonicas hechas por los presos de la Carcel Principal (MADF), O la Carcel del Norte del Condado (NCDF), Aparte de las llamadas protegidas por las leyes de confidencialidad. El proposito de grabar estas llamadas es para proteger la seguridad y salud de la carcel, el personal, los presos, el publico en general, y para asistir en investigaciones criminales.

Los presos tienen el derecho de tener comunicaciones confidenciales con su abogado, consejero religioso, medico de medicina o psiquiatra. La Carcel Principal (MADF), y la Carcel del Norte (NCDF), mantienen una lista de numeros locales de los abogados arincipales titulada "No Grabar", la cual contiene los numeros locales y nombres de los abogados principales. Las llamadas de presos a estos numeros no son grabadas. No todos los numeros de todos los abogados y consejeros confidenciales estan incluidos en esta lista. Si quiere que sus llamadas confidenciales no sean grabadas, puede hacer su peticion por medio de un "Formulario de Solicitud" (Inmate Request Form). Tambien su abogado o consejero confidencial puede comunicarse con la carcel y pedir que su nombre y numero telefonico sea incluido a la lista de "No Grabar". Su peticion sera procesada lo mas pronto posible pero no se tardara mas de 48 horas. Entiendo que si decido usar los telefonos de los presos en la carcel, lo hago con todo conocimiento que las llamadas telèfonicas son grabadas, amenos que el numero telefonico haya sido incluido en la lista de "No Grabar".

## ACUERDO DE RENUNCIA DE EXTRADICIÓN *(Waiver of Extradition Agreement)*

Estoy de acuerdo que si soy acusado de escape; renuncio mi derecho a extradición para el condado de Sonoma, California. Estoy de acuerdo que no se nesecita documentos de solicitud, orden de rendición, o otro proceso legal que tiene el objetivo de regresarme a la cárcel del condado de Sonoma, California. Esta renuncia es hecha sin referencia a mi inocencia o culpa, sin perjudicar mi causa, y no es una admisión de culpa.

## PEDIR PARA DETENCION PROTEGIDA

Detencion protegida se ofrece' si piensa que sue seguridad esta en peligro contra otros prisioneros. Ciertos programas puedan ser limite esta dificil para presos que estan en detencion protegida.

Usted desea estar en detencion protegida: ( ) Si Razon: ( ) No

## PADRE CON CUSTODIA CON LA RESPONSABILIDAD DE HIJO MENOR DE EDAD

Si usted es un padre con custodia con la responsabilidad de un hijo menor de edad, usted puede usar los teléfonos en el área de reserva para hacer los arreglos para el cuidado de su hijo menor de edad. Llamadas locales gratis y cobrar llamadas de larga distancia está disponible para usted. ¿Es usted un padre con custodia con la responsabilidad de un hijo menor de edad? ( ) Si ( ) No

## SERVICOS MEDICOS Y PARA LA SALUD MENTAL

***Lea al Preso:***

Servicios medicos y para la salude de la mente se ofresen a todos los presos en la carcel. Si piensa que necesita uno de los dos servicios le avisa a un carcelero.

Nombre de Preso (Inmate Name):____________________ Booking #__________ D#_________

Firma de Preso (Inmate Signature):______________________________ Fecha:____________

Nombre de Oficial Testigo (Name of witness):____________________________ ID # _________

DD 526 (Rev. 1/20)

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# Prison Rape Elimination Act - Inmate Education

Check all Boxes

- ☐ **The Sonoma County Sheriff's Office has a ZERO TOLERANCE policy toward any form of sexual abuse or sexual harassment. Sexual relations or sexual misconduct between inmates is prohibited. Abuse, suspected abuse or sexual harassment can be reported to any staff member, volunteer or contractor (ANYONE) at any time.**
- ☐ **You have the right to report sexual abuse privately or through multiple channels, without the threat of retaliation for reporting abuse or for cooperating with an investigation.**
- ☐ **The Sonoma County Sheriff's Office has policies and procedures in place to protect inmates from sexual abuse. The purpose is to prevent, detect and respond to all sexual abuse. Sexual abuse allegations will be investigated, documented and reported according to the law. The Sheriff's Office is committed to investigating all reports of sexual abuse and prosecuting perpetrators.**
- ☐ **All inmates have the right to be free from sexual abuse and sexual harassment.**
- ☐ **Reports of sexual abuse reported to the Sonoma County Rape Crisis Center, (707) 545-7273 or #141, will be forwarded to the authorities in accordance with mandatory reporting laws.**

*Reporting sexual abuse isn't easy and can be frightening. No one wants to talk about this. You might feel ashamed or embarrassed and that can make it difficult to ask for help. You might be afraid because the abuser threatened you with what might happen if you tell and it can be a big deal to be labeled a snitch. Many people who have been sexually abused are worried that they won't know what will happen if they report, and you might be afraid that no one will believe you. After going through something as traumatic as sexual abuse, it's a normal reaction to try to protect yourself. You may start avoiding people or places, staying quiet or keeping to yourself, but the best way to stop or prevent abuse is to report it.*

## How to make a report

*Verbally, in Writing or Third Party*

- ☐ **You can report sexual abuse or sexual harassment to any staff member, contractor or volunteer.**
- ☐ **You may feel more comfortable asking to speak with medical or mental health staff and request their help with reporting sexual abuse or harassment.**
- ☐ **A family member, a friend or any other person outside of the facility can also make a report for you. This is called a third party report. A third party can download and submit a citizens' complaint form on our website: www.sonomasheriff.org**

**Every staff member takes these reports seriously.**

***The Sonoma County Sheriff's Office investigates all sexual abuse reports.***

***After a full investigation criminal charges may be filed by the District Attorney against any perpetrator.***

*You have the right to know the outcome of the investigation.*

- ☐ **Inmates have the right to receive free emergency medical care and counseling. Medical services may include a medical forensic exam to collect evidence and to provide you with care, treatment for any injuries you may have and medication to prevent pregnancy and sexually transmitted infections, including HIV.**
- ☐ **Mental Health services will include being able to talk to a confidential rape crisis advocate from the community and access to a mental health clinician. Information and referrals for follow up care will be provided, which may include organizations outside of the facility. This care will be provided to victims at no cost.**
- ☐ **Medical and Mental Health care are available regardless of whether or not you report the abuse or name the abuser.**

**Sexual Harassment** is repeated and unwanted sexual advances, requests for sexual favors, verbal comments, gestures, or actions that are insulting, degrading or disrespectful remarks about someone's body parts or size, or obscene language or gestures.
**Sexual Abuse** is any sexual activity that is not wanted or agreed to. Inmates can never agree to any sexual activity with staff. Sexual abuse involves penetration with one person to another without consent. This includes penetration of any or your body parts by someone else's body parts or objects. But that's not all, sexual abuse involves intentional touching, either directly or through clothing of your private parts, unrelated to official duties. Abusers can be inmates, staff, volunteers or contractors.
**Voyeurism** is an invasion of privacy of an inmate by staff for any reason unrelated to official duties such as requiring inmates to expose themselves, taking images of intimate body parts or peering at inmates as they undress or use the restroom.

| Inmate's Full Name | Date | Booking Number |
|---|---|---|
| LAMOTTE, NICHOLAS | 4/25/23 | |

Inmates Signature X Nicholas La Motte

☐ For additional information and Victim Advocacy please refer to the PREA Brochure and your Inmate Handbook.

White Copy: D-file Yellow Copy: Inmate Deputy ID# 2831

DD-939 Rev(4/15)

# SONOMA COUNTY SHERIFF'S OFFICE COVID-19 - INTAKE QUESTIONNAIRE

Arrestee/Inmate's Name: LAMOTTE, NICHOLAS Date: 4/24/23

1. Have you been tested for COVID-19? YES☐ NO☒
   **Date tested** ______
   **City/County tested** ______
   **Results** ______

2. Have you been in contact with anyone with a known or suspected case of COVID-19 virus in the last 14 days? YES☐ NO☒

   If yes:
   **When?** ______
   **Where?** ______
   **Who?** ______

3. Currently or in the last 24 hours, have you had any of the following symptoms? YES ☐ NO ☒

- Fever of 100.4 degrees or higher
- Difficulty breathing along with shortness of breath
- Congestion along with runny nose
- Fatigue
- Diarrhea/ stomach cramps
- Muscle or body aches
- Cough
- Sore throat
- Nausea or Vomiting
- Headaches
- Chills
- Loss of smell or taste

**For any Arrestee/Inmate answering YES to either of the above questions:**

**STOP INTAKE IMMEDIATELY**

**NOTIFY THE SERGEANT AND MEDICAL STAFF AND FOLLOW PROCEDURES RELATED TO COVID-19**

97.7°

**Initiating Deputy:** R 2331 **Medical Staff:** Dobbins

**** Once completed, this form is to be filed with the Arrestee/Inmate's intake paperwork****

COVID-19 Rapid Test Results
Neg. / Pos. Date: 4/26/23 [signature]

SCSO Detention Division

September 2021

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# INMATE PROPERTY RELEASE

Inmate's Name: LAMOTTE, NICHOLAS  Housing Unit: BCWT  Date: 4/25/23

Booking Number: 1024 3061  Release To: Bullseye BALBOND

X Cash in the Amount of: 250.00

_______ Bulk Property (All or None)

_______ Valuable Property: All or None with the exception of: _______ Keys and/or _______ ATM/Credit Card

_______ Authorization for Release of Your Vehicle from Impound

_______ Note: Power of Attorney

_______ Note: Regarding Custody of Minor Children

_______ Notary Public ($10.00 per signature)  Total Fee: _______

Debit Card Turned in to Officer: _______  Value at: _______  # of Cards: _______

I authorize the release of the items listed above:

[signature] 4/25/23
Inmate Signature  Date

[signature] 2331 4/25/23  [signature] 25-Apr-2023
Correctional Deputy Signature  Date  Recipient Signature  Date

[signature]  Per J. Shinn (confirmed)
Cashier Signature  Date  Name of Correctional Deputy Confirming Cash Release

DD536 (Rev. 01/10)

CONTROLLED DOCUMENT – DO NOT DUPLICATE

[redacted]

## INMATE PROPERTY RELEASE

Inmate's Name: LAMOTTE, NICHOLAS Housing Unit: BKCWT Date: 4/25/23

Booking Number: 1024 3001 Release To: Bullseye BALBOND

X Cash in the Amount of: 250.00

_______ Bulk Property (All or None)

_______ Valuable Property: All or None with the exception of: _______ Keys and/or _______ ATM/Credit Card

_______ Authorization for Release of Your Vehicle from Impound

_______ Note: Power of Attorney

_______ Note: Regarding Custody of Minor Children

_______ Notary Public ($10.00 per signature) Total Fee: _______

Debit Card Turned in to Officer: _______ Value at: _______ # of Cards: _______

I authorize the release of the items listed above:

[signature] 4/25/23
Inmate Signature Date

[signature] 2331 4/25/23
Correctional Deputy Signature Date

[signature] 25 Apr 2023
Recipient Signature Date

[signature]
Cashier Signature Date

Per J. Shinn (confirmed)
Name of Correctional Deputy Confirming Cash Release

DD536 (Rev. 01/10)

CONTROLLED DOCUMENT – DO NOT DUPLICATE

267209 : LAMOTTE, NICHOLAS J 254877

Loc: MADF BOOK BKWT Sonoma County, CA Acct: sonomaCA-11413 4/25/2023 6:03:33 AM

By: LBONANNO From: MADF Intake Cash Dra\ Prior Balance: $1000.00

| | | |
|---|---|---|
| Check | Check 2051 Paid To: BULLS EYE BAIL BOND<br>FOR BAIL PURPOSES | -$250.00 |

Sign: ______________________ Main Balance: $750.00

CONTROLLED DOCUMENT – DO NOT DUPLICATE

| | |
|---|---|
| Amount: | $250.00 |
| Paid To: | BULLS EYE BAIL BOND |
| Paid By: | 267209 : LAMOTTE, NICHOLAS J |
| Date: | 4/25/2023 Rcpt #254877 Check #2051 |
| Memo: | 267209 : LAMOTTE, NICHOLAS J<br>FOR BAIL PURPOSES |

CONTROLLED DOCUMENT – DO NOT DUPLICATE

• THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE
• THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NECOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE
• THIS PORTION IS NON NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS PORTION IS NON-NEGOTIABLE • THIS

# Unlawful Bail Solicitation Agreement Form

**In order to ensure compliance with California Code of Regulations requirements, posted at www.insurance.ca.gov, the following information is requested prior to the approval of an inmate visit or bond drop off.**

Name of Bail Bond Agency & Phone #: Bulls Eye Bail Bonds

Your Name: (please print) David Dolan License #: 2840343

Are you properly licensed with the Department of Insurance? Yes ✓ No____

Name of Inmate and Booking Number Nicholas Jiron Michael LaMonte

***Pursuant of Department of Insurance, Title 10, Section 2079, "No bail license shall solicit bail except in accordance with Section 2079.5 and from:***

*(a) An arrestee;*
*(b) The arrestee's attorney;*
*(c) An adult member of the arrestee's immediate family;*
*(d) Such other person as the arrestee shall specifically designate in writing. Such designation shall be signed by the arrestee before the solicitation, unless prohibited by the rules, regulations or ordinances governing the place of imprisonment. If so prohibited, it may be signed after release of the arrested to ratify a previous oral designation by him"*

Please indicate how your agency was contacted to post bond:

(This information may be used to verify compliance with the California Code of Regulation)

✓ The inmate

___ Inmate's attorney, Name & Phone #: ____________________

___ Inmate's immediate family, Name & Phone #: ____________________

___ Other, designation (in writing) by inmate, Name & Phone #: ____________________

Visits or bond drop offs may be delayed or denied if the Sonoma County Sheriff's Office feels the above provisions of the insurance code are being violated.

☐ Bail Bonds Visiting Request

☑ Bail Bond Drop Off

- Failure to complete this form accurately and completely may result in delay.
- If any questions arise, contact the Records Supervisor or the shift Sergeant.
- The completed form will be retained in the inmate's D-File.

I am familiar with the California Code of Regulations in respect to the execution or delivery of an undertaking of bail or bail bond and am in compliance with the Insurance Code regulations.

Signed: [signature] Dated: 25-April 2023

(Signed under penalty of perjury)



CONTROLLED DOCUMENT – DO NOT DUPLICATE

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# BOOKING TRACKING FORM

NAME: Lamotte, Nicholas ARRIVAL TIME: 0405

BOOKING LOCATION BKWT BULK PROPERTY # 3C

## MEDICAL/MENTAL HEALTH SIGN OFF

(If no signature is needed, write N/A in space)

MEDIC NAME: [signature] RN MENTAL HEALTH NAME: ____________

## BOOKING DETENTION SPECIALIST

(Initial each section when complete)

Ø B 2663 Wants/Warrants/Holds

Ø B 2663 EMP/Temp Release?

Out of State Want? Extraditable ☐ Yes ☐ No contacted? ____________

(circle one)

PRCS Status: County: ____________ (None) Active

Parole Status: (None) Active

Formal Probation Status: ☐ Mandatory Supervision (None) Active

Pre-Trial Status (None) Active

Follow up completed: ____________

no previous Bail Reduction

DUI Arrest: ☒ Yes ☐ No Number of prior DUI arrests: Ø Number of Prior DUI convictions: Ø

Bailing: ☐ Yes ☐ No Citation Eligible: ☒ Yes ☐ No FTA list checked: ☐ Yes ☐ No

PSA Present: ☐ Yes ☒ No 1269/1275 Bail Hold: ☐ Yes ☒ No Number of FTAs: ____________

DNA Required: ☐ Yes ☒ No DNA Collected: ☐ Yes ☒ No DNA On File: ☒ Yes ☐ No

COVID-19 PCR Rapid test input: (-) emb Staging Completed: ☒ Yes ☒ N/A

290PC: ☐ Yes ☒ No Scan to PTR: ☒ Yes ☐ N/A

DD 555 (Rev. 9/21) To Remain in D-File

Booking Number: 10243061
Name: LAMOTTE, NICHOLAS JIVON MICHAE

Booking Date: 04/25/2023 Time: 0444
Cell: BKWT
D-File Nbr: D267209

| Property | Box: 673 |
|---|---|
| WATCH | N |
| RING | N |
| NECK CHAIN | N |
| BRACELET | N |
| PIERCINGS | 2 Y/M STUDS W/CLR STONE |
| LIGHTER | N |
| KNIFE | N |
| KEYS | N |
| DL/ID | 1 CA DR LIC. |
| CREDIT/ATM | 1 GUSTO (VISA/DEBIT) |
| CELL PHONE | 1 CELL PHONE-CRACKED SCREEN |
| ADMIN PER | DMV ADMIN PER SE |
| MISC. CARD | 1 SOC.SEC.CARD |
| MISC. CARD | 1 GOLDEN STATE ADV. |
| MISC. CARD | 1 CA STATE BENEFITS ID |
| DL/ID | 2 CA DMV ID-(1/EXPIRED) |
| MISC. | 1 BOTTLE EYE DROPS |
| RECEIPT | 1-CHP PROPERTY SAFEKEEPING |
| VISA/DEBIT | 1 CHIME |
| MASTERCARD | 1 PAYPAL |
| VISA CARD | 1 RCU-PLATINUM |
| VISA/DEBIT | 1 RCU-GREEN |
| VISA/DEBIT | 1 SUTTON BANK-BLK #1310 |
| VISA/DEBIT | 1 SUTTON BANK-BLK #7901 |

$.00 Receipt: A004963971

Inmate Balance as of: 4/25/2023 $.00

Signature: [signature]

267209 : LAMOTTE, NICHOLAS J

Add 15739 254876

Loc: MADF BOOK BKWT Sonoma County, CA Acct: sonomaCA-11413 4/25/2023 5:44:56 AM

By: LBONANNO From: MADF Intake Cash Drav

Prior Balance: $0.00

| | | |
|---|---|---|
| Add | booking intake | $1000.00 |

Sign: X Nic la Motte

Main Balance: $1000.00

CONTROLLED DOCUMENT – DO NOT DUPLICATE

SONOMA COUNTY DETENTION FACILITIES

# INMATE PERSONAL PROPERTY RECEIPT

## *RECIBO DE PROPIEDAD PERSONAL DE PRESO*

**NOTE: 5 COPIES PRESS HARD** BOOKING BOX #: 3C

Arrestee/Inmate Name *(Nombre)*: LAMOTTE NICHOLAS JIVON MICHAEL
Last *(Segundo Apellido)* First *(Primer Nombre)* Middle *(Primer Apellido)*

Date *(Fecha)*: 05/25/23 Booking *(Ficha)* #: ______ D#: ______

| BULK PROPERTY *(PROPIEDAD)* (Check All That Apply) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wallet *Cartera* | 1 | Hat *Sombrero* | X | Comb/Brush *Peine/ Cepillo* | | Glasses *Lentes* | | Toiletries/ Cosmetics *Articulos de Afeitar* | | Back Pack *Mochila* | |
| Belt *Cinturon* | X | Papers *Papeles* | X | Tobacco *Tabaco* | | Purse *Bolso* | | Address Book *Libro de Direcciones* | | Shoelace *Cordón* | |
| | | | | | | | | | | | |

Miscellaneous *(Diversos/as)*: [illegible] Jacket; MISC cards

| VALUABLES/*VALIOSOS/AS* | QUANTITY | DESCRIPTION/*DESCRIPCION* (Include *{Incluya}* Color) |
|---|---|---|
| Watch *(Reloj)* | | |
| Ring *(Anillo)* | | |
| Neckchain *(Collar)* | | |
| Bracelet *(Pulsera)* | | |
| Earrings *(Aretes)* | ~~2~~ (2) | Y/M STUDS W/Clear STONES |
| Lighter/Matches *(Encendedor/Cerellios)* | | |
| Knife *(Cuchillo)* | | |
| Keys *(Llaves)* | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Credit Cards *Tarjetas de Credito* | 5 | CA Driver's Lic *Licencia Conducir* | 1 | CA DMV ID | 1 | Admin Per Se | 1 | ATM Card *Tarjeta ATM* | (2) ~~1~~ | Alien Reg. Card *Tarjeta de Migracion* | | Food Stamps $ | 1 |
| Health Card *Tarjeta de Salud* | 1 | Checks *Cheques* # thru # | | Cell Phone *Cellular* | 1 | Pager | | Nail Clippers *Cortaunas* | | AMOUNT OF *(Cantidad)* CASH | | | |
| Phone Card *Tarjeta de Telefono* | | Tools *Herramienta* | | Scissors *Tijeras* | | EPO | | Soc Sec Card *Tarjeta Seg Soc* | 1 | [illegible] $1,000 | | | |

Other (*Otro*): EYE DROPS, [illegible] ~~STATE BEN. CARD~~

~~Medications (Medicacion):~~ CHP Prop. Receipt

Arresting Officer (*Oficial Que Arresto*): RAY Booking Clerk (*Taquillero*): B 2663

Inmate (*Preso*): ______

DD 624A (Rev. 3/07) White – D-File Green – Management Card Yellow – Property Bag Pink – Inmate Goldenrod – Arresting Officer

CONTROLLED DOCUMENT – DO NOT DUPLICATE

# Searches

## 510.1 PURPOSE AND SCOPE

The purpose of this policy is to provide clear direction on maintaining the safety and security of the facility by conducting searches, in balance with protecting the rights afforded by the United States Constitution (15 CCR 1029(A) (6).

The introduction of contraband, intoxicants, or weapons into the Sonoma County Sheriff's Office facility poses a serious risk to the safety and security of staff, incarcerated persons, volunteers, contractors, and the public. Any item that is not available to all incarcerated persons may be used as currency by those who possess the item, and will allow those in possession of the item to have control over other persons. Any item that may be used to disengage a lock, other electronic security devices, or the physical plant itself seriously jeopardizes the safety and security of this facility. Carefully restricting the flow of contraband into the facility can only be achieved by thorough searches of incarcerated persons and their environment.

Nothing in this policy is intended to prohibit the otherwise lawful collection of trace evidence from an incarcerated person/arrestee.

### 510.1.1 DEFINITIONS

Definitions related to this policy include:

**Contraband** - Anything unauthorized for incarcerated persons to possess or anything authorized to possess but in an unauthorized quantity.

**Modified strip search** - A search that requires a person to remove or rearrange some of his/her clothing that does not include a visual inspection of the breasts, buttocks, or genitalia of the person but may include a thorough tactile search of an incarcerated person's partially unclothed body. This also includes searching the incarcerated person's clothing once it has been removed.

**Pat-down search** - The normal type of search used by correctional deputies within this facility to check an individual for weapons or contraband. It involves a thorough patting down of clothing to locate any weapons or dangerous items that could pose a danger to the correctional deputy, the incarcerated person or other incarcerated person's.

**Physical body cavity search** - A search that includes a visual inspection and may include physical intrusion into a body cavity. Body cavity means the stomach or rectal cavity of a person, and the vagina of a female person.

**Strip search** - A search that requires a person to remove or rearrange some or all of his/her clothing to permit a visual inspection of the underclothing, breasts, buttocks, anus or outer genitalia of the person. This includes monitoring of a person showering or changing clothes where the person's underclothing, buttocks, genitalia, or female breasts are visible to the monitoring employee.

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

## 510.2 POLICY

It is the policy of this office to ensure the safety of staff, incarcerated persons, and visitors by conducting effective and appropriate searches of incarcerated persons and areas within the facility in accordance with applicable laws (15 CCR 1029(a)(6)).

Searches shall not be used for intimidation, harassment, punishment, or retaliation.

## 510.3 PAT-DOWN SEARCHES

Pat-down searches will be performed on all incarcerated persons /arrestees upon entering the secure booking area of the facility. Additionally, pat-down searches should occur frequently within the facility. At a minimum, the staff shall conduct pat-down searches in circumstances that include:

(a) When incarcerated persons leave their housing units to participate in activities elsewhere in the facility (e.g., exercise yard, medical, program, visiting) and when they return.

(b) During physical plant searches of entire housing units.

(c) When incarcerated persons come into contact with other incarcerated persons housed outside of their housing units, such as work details.

(d) Any time the staff believes the incarcerated persons may have contraband on their persons.

Except in emergencies, male staff may not pat down female incarcerated persons. All pat-down searches by a male staff member on a female incarcerated person shall be documented (28 CFR 115.15).

## 510.4 MODIFIED STRIP SEARCHES, STRIP SEARCHES, AND PHYSICAL BODY CAVITY SEARCHES

Correctional deputies will generally consider the reason for the search, the scope, intrusion, manner, and location of the search, and will utilize the least invasive search method to meet the need for the search.

### 510.4.1 STRIP SEARCHES PRIOR TO PLACEMENT IN A HOUSING UNIT

Strip searches prior to placement in a housing unit shall be conducted as follows:

(a) No person held prior to placement in a housing unit shall be subjected to a modified strip search or strip search unless there is reasonable suspicion based upon specific and articulable facts to believe the person has a health condition requiring immediate medical attention or is concealing a weapon or contraband (Penal Code § 4030). Factors to be considered in determining reasonable suspicion include, but are not limited to:

1. The detection of an object during a pat-down search that may be a weapon or contraband and cannot be safely retrieved without a modified strip search or strip search.

2. Circumstances of a current arrest that specifically indicate the person may be concealing a weapon or contraband. A felony arrest charge or being under the

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

influence of a controlled substance should not suffice as reasonable suspicion absent other facts.

3. Custody history (past possession of contraband while in custody, assaults on staff, escape attempts, etc.).
4. The person's actions or demeanor.
5. Criminal history (level of experience in a custody setting, etc.).

(b) No modified strip search or strip search of an incarcerated person shall be conducted prior to admittance to a housing unit without prior authorization from the Sergeant on-duty. (Penal Code § 4030)

(c) The staff member conducting the modified strip search or strip search shall:

1. Document the name and sex of the person subjected to the strip search.
2. Document the facts that led to the decision to perform a strip search of the incarcerated person.
3. Document the reasons less intrusive methods of searching were not used or were insufficient.
4. Document the supervisor's approval.
5. Document the time, date and location of the search.
6. Document the names, sex and roles of any staff present.
7. Itemize in writing all contraband and weapons discovered by the search.
8. Process all contraband and weapons in accordance with the office's current evidence procedures.
9. If appropriate, complete a crime report and/or disciplinary report.
10. Author an incident report that will be attached to the incarcerated person's electronic file. If the individual wishes to obtain a copy of the report, they may submit an incarcerated person request form to the Classification Sergeant. Upon receiving the request, the Classification Sergeant will provide a redacted version of the narrative portion of the incident report.

### 510.4.2 STRIP SEARCHES UPON ENTRY INTO A HOUSING UNIT

Strip searches will be conducted on all incarcerated persons upon admission into a housing unit.

Arrestees who are eligible for release or who will be released when they are no longer intoxicated will not be placed into a housing unit or have unmonitored or unsupervised contact with previously housed incarcerated persons.

Arrestees who are arranging bail shall be permitted a reasonable period of time, not less than three hours, before being placed in a housing unit.

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

### 510.4.3 MODIFIED STRIP SEARCHES AND STRIP SEARCHES OF INMATES IN A HOUSING UNIT

A strip search of an incarcerated person in a housing unit should be conducted when the incarcerated person has entered an environment where contraband or weapons may be accessed. This includes, but is not limited to, the following:

(a) Upon return from contact visits

(b) Upon leaving the kitchen, shop, farm, etc.

(c) Upon return to the housing unit from outside the confines of the facility (court, work-release, work detail, medical visits)

incarcerated persons returning from court with release orders shall not be subject to strip searches or modified strip searches unless the reasonable suspicion exists based on specific and articulable facts that the person is concealing a weapon or contraband. The incarcerated person should not be returned to the housing unit, except for retrieving his/her personal property under the direct visual supervision of staff.

Staff members may conduct modified strip searches and strip searches of incarcerated persons outside the above listed circumstances only with supervisor approval. Staff members and supervisors must make a determination to conduct a strip search by balancing the scope of the particular search, intrusion, the manner in which it is conducted, the justification for initiating it and the place in which it is conducted. Less invasive searches should be used if they would meet the need for the search. For example, a pat-down or modified strip search may be sufficient as an initial effort to locate a larger item, such as a cell phone.

The staff member conducting a modified strip or strip search outside the above listed circumstances shall:

- Document in writing the facts that led to the decision to perform a strip search of the incarcerated person.
- Document the reasons less intrusive methods of searching were not used or were insufficient.
- Document the supervisor's approval.
- Document the time, date and location of the search.
- Document the names of staff present, their sex and their roles.
- Itemize in writing all contraband and weapons discovered by the search.
- Process all contraband and weapons in accordance with the office's current evidence procedures.
- If appropriate, complete a crime report and/or disciplinary report.
- Author an incident report that will be attached to the incarcerated person's electronic file. If the individual wishes to obtain a copy of the report, they may submit an incarcerated person request form to the Classification Sergeant. Upon receiving the

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

request, the Classification Sergeant will provide a redacted version of the narrative portion of the incident report.

### 510.4.4 MODIFIED STRIP SEARCH AND STRIP SEARCH PROCEDURES

All modified strip searches and strip searches shall be conducted in a professional manner under sanitary conditions and in an area of privacy so that the search cannot be observed by persons not participating in the search.

Unless conducted by a qualified health care professional or in case of an emergency, a modified strip search or strip search shall be conducted by staff members of the same sex as the person being searched (Penal Code § 4030). Any cross-gender modified strip searches and cross-gender strip searches shall be documented (28 CFR 115.15).

Whenever possible, a second staff member of the same sex should be present during the search for security purposes and to witness the discovery of evidence.

The staff member conducting a strip search shall not touch the breasts, buttocks or genitalia of the person being searched. These areas may be touched through the clothing during a modified strip search.

(a) The searching staff member will instruct the incarcerated person to:

1. Remove their clothing.
2. Raise their arms above the head and turn 360 degrees.
3. Bend forward and run their hands through their hair.
4. Turn their head first to the left and then to the right so the searching correctional deputy can inspect the incarcerated persons ear orifices.
5. Open their mouth and run a finger over the upper and lower gum areas, then raise the tongue so the correctional deputy can inspect the interior of the incarcerated persons mouth. Remove dentures if applicable.
6. Turn around and raise one foot first, then the other so the correctional deputy can check the bottom of each foot.
7. For a visual cavity search, turn around, bend forward and spread the buttocks if necessary to view the anus.

(b) At the completion of the search, the incarcerated person should be instructed to dress in either their street clothes or detention facility-supplied clothing, as appropriate.

### 510.4.5 PHYSICAL BODY CAVITY SEARCH

Physical body cavity searches shall be completed as follows:

(a) No person shall be subjected to a physical body cavity search without the approval of the Facility Manager or the authorized designee and only with the issuance of a search warrant. A copy of any search warrant and the results of the physical body cavity search shall be included with the related reports and made available, upon request, to the incarcerated person or authorized representative (except for those portions of the warrant ordered sealed by a court).

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

(b) Only a physician may conduct a physical body cavity search. Except in exigent circumstances, only a physician who is not responsible for providing ongoing care to the incarcerated person may conduct the search (15 CCR 1206(o)).

(c) Except for the physician conducting the search, persons present must be of the same sex as the person being searched. Only the necessary staff needed to maintain the safety and security of the medical personnel shall be present (Penal Code § 4030).

(d) Privacy requirements, including restricted touching of body parts and sanitary condition requirements are the same as required for a strip search.

(e) All such searches shall be documented including:

1. The facts that led to the decision to perform a physical body cavity search of the incarcerated person.
2. The reasons less intrusive methods of searching were not used or were insufficient.
3. The Facility Manager's approval.
4. A copy of the search warrant.
5. The time, date and location of the search.
6. The medical personnel present.
7. The names, sex and roles of any staff present.
8. Any contraband or weapons discovered by the search.

(f) Completed documentation should be placed in the incarcerated personsfile. A copy of the written authorization shall be retained and made available to the incarcerated person or other authorized representative upon request.

(g) All contraband and weapons should be processed in accordance with the office's current evidence procedures.

(h) If appropriate, the staff member shall complete a crime report and/or disciplinary report.

#### 510.4.6 BODY SCANNER SEARCH

When a scanner is reasonably available, a body scanner should be performed on all incarcerated persons/arresteesprior to being placed into a housing module.

If a body scanner is used, members (Penal Code § 4030):

(a) Within sight of the visual display of a body scanner depicting the body during a scan shall be of the same gender as the person being scanned, except for physicians or licensed medical personnel.

(b) Should ask incarcerated persons if they are pregnant prior to a body scan and should not knowingly use a body scanner on a person who is pregnant.

(c) Incarcerated persons who have pacemakers, heart monitors and internal medical devices shall not be scanned, unless previously approved by medical staff.

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

The body scanner should generally be used whenever reasonably practicable in place of a modified strip search, strip search, or body cavity search of an incarcerated person in housing unless one of those searches is reasonably necessary after the scan.

### 510.5 TRANSGENDER SEARCHES

Staff shall not search or physically examine a transgender or intersex incarcerated person for the sole purpose of determining genital status (see the Prison Rape Elimination Act Policy for transgender and intersex definitions). If genital status is unknown, it may be determined during conversations with the person, by reviewing medical records, or, if necessary, by obtaining that information as part of a broader medical examination conducted in private by a qualified health care professional (28 CFR 115.15).

### 510.6 CONTRABAND SEARCHES

The staff shall always be alert to the possible presence of contraband and shall take immediate action to seize the contraband when practicable. There are several types of searches that contribute to contraband control and to maintaining a safe and secure environment.

### 510.7 HOUSING UNIT SEARCHES

Housing unit searches shall occur as directed by a supervisor. These searches should include all of the living spaces occupied by incarcerated persons. Housing unit searches should be scheduled in a manner that does not create a pattern where the persons can predict such searches. During a housing unit search:

(a) All incarcerated persons shall vacate their living areas and be searched by staff.

(b) Incarcerated persons should be escorted to a separate holding area, such as the recreation yard.

(c) Staff shall search the living areas of the incarcerated persons, including bedding, personal storage areas, bunks, and other areas with incarcerated person access.

(d) Any weapons or contraband located shall be processed in accordance with the current evidence procedures.

(e) The staff shall attempt to identify the incarcerated person who possessed the contraband and file appropriate person discipline and/or crime reports.

(f) Any alcoholic beverage possessed by incarcerated persons shall be seized and the appropriate person disciplined and/or criminal charges filed.

(g) Any authorized item found in excess of the limited quantity (e.g., food items, newspapers) shall be seized and discarded.

At the conclusion of the housing unit search, closely supervised incarcerated workers should clean the unit. All authorized incarcerated person personal property shall be respected and living areas should be returned to an orderly condition.

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

### 510.8 PHYSICAL PLANT SEARCHES

The following areas of this facility shall be periodically searched for contraband:

(a) Exercise yards shall be searched for contraband prior to and after each incarcerated person group occupies the yard.

(b) Holding cells shall be searched prior to and after each incarcerated person occupies the cell.

(c) Program areas, such as classrooms and multipurpose rooms shall be searched after each use by an incarcerated person or incarcerated person group.

(d) Laundry areas shall be searched before and after each incarcerated person group occupies the area.

(e) Kitchen areas shall be frequently searched for contraband and to account for tools, knives and food items.

(f) Incarcerated person visiting and public areas shall be frequently inspected for contraband.

(g) During the hours of daylight, the perimeters of the facilities shall be searched for contraband and structural integrity at least once per shift.

#### 510.8.1 CANINE-ASSISTED SEARCHES

It is the policy of this facility to use canines to assist the staff in searching for contraband. Such searches shall occur only with the approval of a supervisor. Only canines trained in the detection of contraband, such as drugs, alcohol, and weapons, will be allowed within the secure perimeter of the facility. Canines trained solely in crowd control or to assist in physically subduing individuals will not be used in the facility.

Canines will generally be used to assist the staff in general physical plant or living area searches. Contact between incarcerated persons and canines should be kept to a minimum (see the Canines Policy).

### 510.9 CRIMINAL EVIDENCE SEARCHES

The Facility Manager or the authorized designee shall be notified, as soon as practicable, any time it is suspected that a crime has been committed in the facility or other area controlled by the facility staff, and there is a need to search for evidence related to the crime.

Any evidence collected in connection with an alleged crime shall be reported, documented, and stored to protect it from contamination, loss, or tampering, and to establish the appropriate chain of custody. A search for evidence may be conducted by staff whenever there is a need for such action.

### 510.10 TRAINING

The Training Manager shall provide training for staff in how to conduct pat-downs, modified strip searches and strip searches in a professional and respectful manner and in the least intrusive manner possible, consistent with facility security needs. This training shall include cross-gender

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

pat downs and searches, as well as searches of transgender and intersex incarcerated persons (28 CFR 115.15).

### 510.11 PROCEDURE REFERENCE

See attachment: 519-SEARCHES-PHYSICAL_BODY_CAVITY.pdf

See attachment: 522-SEARCHES-_BODY_SCANNER.pdf

See attachment: 536-SEARCHES_-_PAT_SEARCHES_AND_STRIP_SEARCHES.pdf

See attachment: 539-SEARCHES_-_PERIMETER.pdf

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# Attachments

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# 519-SEARCHES-PHYSICAL_BODY_CAVITY.pdf

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# SEARCHES-PHYSICAL BODY CAVITY

## 519.1 PROCEDURES

(a) When a Deputy conducting a strip search or body scan of an incarcerated person observes a foreign object in a body cavity, they shall order the incarcerated person to remove the object.

  (a) A Deputy should not remove any contraband from an incarcerated person's body cavity regardless of how slight of a procedure it may be and/or regardless of how visible the contraband is.

(b) If the incarcerated person is compliant in removing the object/substance and it is safe to do so:

  (a) The Deputy shall direct the incarcerated person to remove the object and place it in a bag.

  (b) If the contraband was found during a strip search of an arrestee during booking, the contraband shall be given to the arresting officer.

  (c) The Deputy will notify the Sergeant of all search results and document the results in an incident report.

(c) If the incarcerated person refuses to remove the object:

  (a) The Deputy will place the incarcerated person in handcuffs. Deputies shall make every attempt to maintain the incarcerated person's modesty by covering their breasts, buttocks, and genital areas.

  (b) The Deputy shall advise the arresting officer or Sergeant of the search results and the incarcerated person's unwillingness to cooperation.

  (c) For arrestees:

    i. The incarcerated person will not be accepted, and the arresting officer shall take custody of the arrestee, maintaining all arrestee property and paperwork.

    ii. The arresting and/or transporting agency shall be responsible for obtaining the search warrant for a physical body cavity search prior to the arrestee being accepted for booking into MADF/NCDF.

  (d) For incarcerated persons:

    (a) The Sergeant shall proceed to the search area and evaluate whether there is enough probable cause to believe the incarcerated person has concealed contraband and evaluate the need to obtain a search warrant.

    (b) If the Sergeant believes its necessary to obtain the search warrant, they shall notify the Watch Commander and provide the following information:

      (a) Incarcerated person's name

      (b) Type of object believed to be inside the body cavity

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

(c) Reason the strip search was conducted

(c) The incarcerated person shall be placed in a restraint chair to prevent the incarcerated person from removing the contraband.

(d) Once a search warrant is obtained, the incarcerated person shall be transported to a hospital or medical facility where a physical body cavity search shall be conducted.

**519.2 OBTAINING A SEARCH WARRANT**

(a) The designated staff member shall complete a Statement of Probable Cause and an Affidavit in support of the Search Warrant.

(b) If the need for a search warrant occurs during business hours:

(a) The Watch Commander shall contact the Deputy District Attorney responsible for complaints.

(b) The designated staff member shall draft a search warrant and contact the Deputy District Attorney to review the search warrant and statement of probable cause.

(c) The Sergeant or Deputy shall contact a Judge, advise them of the request and ask how to proceed to obtain a signature.

(d) The Deputy who retrieves the search warrant shall take three copies of the warrant to the Records Detention Specialist. Once copy will be placed in the incarcerated person's D-file, one copy shall be given to the incarcerated person and one copy shall be sent with the Transporting Deputy to provide to the hospital/medical facility staff.

(c) If the need for a search warrant occurs outside of business hours:

(a) The designated staff member shall draft a search warrant and contact the on-call Search Warrant Deputy District Attorney to review the search warrant and statement of probably cause.

(b) The designated staff member shall contact the on-call Judge, advise them of the request and ask how to proceed to secure a signature.

(c) The Deputy who retrieves the search warrant shall take three copies of the warrant to the Records Detention Specialist. Once copy will be placed in the incarcerated person's D-file, one copy shall be given to the incarcerated person and one copy shall be sent with the Transporting Deputy to provide to the hospital/medical facility staff.

(d) The Records Detention Specialist shall give the original affidavit and search warrant to the staff member who drafted the original search warrant request.

(d) Any contraband removed from the incarcerated person shall be turned over to the transporting deputy.

(a) If the contraband is drug and/or weapon related, the Transporting Deputy shall maintain possession and a crime report shall be taken.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

(b) If the contraband removed is non-drug/weapon related, the contraband shall be turned over to Correctional Staff and an Incident Report written.

(e) Following the completion of the search, a Return to Search Warrant package must be completed.

(a) The Return to Search Warrant package contains the original search warrant and affidavit, and the search warrant inventory.

(b) Documentation of items recovered to be written by/for the Transporting Deputy.

(c) The Deputy shall sign the Return to Search Warrant and take the Search Warrant to the Judge for their signature.

(d) The original copy of the Return to Search Warrant package shall be filed with the Court Clerks Office withing 10 (ten) days.

(e) Dated and stamped filed copies of the Search Warrant package are returned to the individual filing the Return to Search Warrant.

(f) The Deputy who receives the filed copies shall write a supplement incident report (who filed, returned and control number).

**519.3 REFERENCE**

CUSTODY POLICY 510- SEARCHES

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# 522-SEARCHES-_BODY_SCANNER.pdf

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# SEARCHES- BODY SCANNER

## 522.1 GENERAL INFORMATION

A. The body scanner will be utilized to scan arrestees, housed incarcerated persons, objects and property. The intent is to prevent weapons, drugs, and prohibited items from being concealed on or in a person's body that would compromise the safety and security of the jail and staff.

B. The body scanner may be used to search, but is not limited to the following:

1. Incarcerated persons returning from work assignment, prior to returning to housing
2. Incarcerated persons returning from court appointments
3. Incarcerated persons returning to custody from another facility, off-site appointment, or hospital
4. All new arrestee during the booking process
5. Prior to housing, or transfers between housing locations
6. Incarcerated person property
7. Incarcerated persons who may possess contraband or when contraband is suspected in a housing location

C. All incarcerated persons to be housed shall be subject to an x-ray scan, unless a condition exists that would prohibit scanning. The transmission x-ray scanner does not reveal skin surface or find anatomical detail.

D. The body scanner does not take the place of a pat search or strip search and may be used in conjunction with other searches.

E. In the event that contraband is located using the body scanner, an incident report will be written.

F. All viewing monitors or images generated by the body scanner shall only be viewed by authorized personnel and shall not be in an area viewable by incarcerated persons.

G. Only Correctional Staff trained in the operations of the body scanner shall use the device.

H. Except for the incarcerated person being scanned, all other persons shall remain outside the "ion curve" area outlines on the floor around each device which a scan is in progress.

I. Incarcerated persons that cannot stand unassisted shall not be scanned.

J. All persons conducting or otherwise present in the monitor viewing area shall be the same sex as the person being scanned. If an anomaly is located, a staff member of the opposite sex may be required to view the image to determine if further action (strip search, body cavity warrant, criminal charges, etc.) is required. If further action is required, an incident report will be written explaining this need.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

K. The body scanner device is not to be used for medical imaging or to diagnose any medical condition.

L. The Correctional Deputy completing the scan will ensure that any anomaly, or suspicion of contraband, is properly addressed. This may include:

1. Asking the incarcerated person about the item
2. Asking for another Correctional Deputy to assist in reading the image
3. Completing a strip search
4. Referring the matter to the appropriate Sergeant

**522.2 GUIDELINES FOR SCANNING**

A. Pacemakers and Other Medical Devices

1. There is no FDA published material indicating the use of the body scanner will adversely affect implanted medical devices, such as a pacemaker. A person who claims to have such a device should first be examined by medical staff prior to the scan. However, the presence of such a device should not preclude the use of the scanner, unless other circumstances known to medical, or jail staff indicate otherwise.

B. Pregnant Persons

1. Prior to scanning a female arrestee or incarcerated person, the Deputy performing the scan shall ask the arrestee/incarcerated person if they are pregnant.
2. The body scan device shall not be used to scan arrestees or incarcerated persons who are known or allege to be pregnant under any circumstance. A statement by the arrested person or incarcerated person that they are pregnant is sufficient for Deputies to assume the subject is pregnant.
   (a) If medical staff advises a female arrestee claiming to be pregnant has tested negative (not pregnant), the female arrestee may be scanned with the body scan device.

C. Intoxicated Arrestees

1. Care should be exercised when scanning persons who demonstrate an acute level of intoxication to such an extent that standing or remaining still for the duration of the scan might not be possible. If the person demonstrates objective symptoms of intoxication to an extent that their safety may be compromised by the moving scanner platform, then the scan should be delayed to a later time or deferred completely if the person will be released when sober.

D. Arrestees

1. Absent any other conditions (pregnant, intoxicated, combative, medical issues), new arrestees may be scanned.
2. If the body scanner is completed on the arrestee at the request of the arresting officer, and an anomaly appears within a subject's body cavity, the arrestee

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

will not be accepted into the facility. Printed images from the scanner will be provided to the arresting officer for their use in obtaining search warrants. A medical clearance will be required prior to their acceptance into the facility.

3. Only the clothing worn by the arrestee or property that will remain in the possession of the incarcerated person may be scanned, except for the following:

    (a) Scanning an arrestees' property (bulk and valuables) may be conducted when articulable facts exist to believe that the contents of the property may pose a risk to the safety and security of the facility.

    (b) The on-duty Sergeant must review and approve the scan prior to the items being scanned.

E. Detection of Contraband

1. If the scanning process reveals an object that is clearly identifiable as a weapon, drug or contraband, the following procedures will be followed:

    (a) The arrestee will be secured with restraints and placed under appropriate supervision.

    (b) The appropriate Sergeant will be advised of the detection.

2. The arrestee's clothing will be searched in the approximate area where the object appeared to be located.

3. If the clothing search is unsuccessful, a strip search may be authorized by the appropriate Sergeant, based on the totality of the facts known to staff.

4. If the object appears to be in a body cavity such as the rectum, vagina or mouth, the arrestee may be asked to remove the object.

5. If the arrestee refuses to remove the object, or the object appears to be in a location where a physical body cavity search or intrusive medical procedure would be required, medical staff will be notified of the suspected concealed item and apparent location.

6. The shift supervisor will download and print a copy of the image.

    (a) If the suspected contraband is found on an arrestee, the image will be provided to the arresting/transporting officer. They will need to obtain a medical clearance prior to acceptance.

    (b) If the suspected contraband is found on an incarcerated person, the image will be printed and attached to a search warrant request.

7. Housed Incarcerated Persons

    (a) Housed incarcerated persons may be subject to a body scan at any time.

    (b) Any property possessed by an incarcerated person, or that is going to be issued to an incarcerated person (court clothing) may be scanned.

F. Refusal by an Arrestee/Housed Incarcerated Person

1. Staff shall not use physical force to compel an incarcerated person to undergo a body scan search.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

2. Staff shall determine if the incarcerated person is refusing to comply or is not capable of being scanned.

3. Those that are not capable of being scanned are not "refusing" and should be searched in an appropriate, alternative manner, in accordance with policy.

### 522.3 PROCEDURES

A. To remove as much property or contraband prior to the scan, all incarcerated persons will be pat searched.

B. The incarcerated person will be instructed to stand on the platform and will be given appropriate safety directions.

C. All incarcerated persons will be scanned on the 300 setting unless otherwise approved.

D. The Correctional Deputy completing the scan shall log on the machine and enter the incarcerated person's booking number to log the scan.

E. The arrestee/incarcerated person should not be wearing shoes. Shoes may be held in the incarcerated person's hands or scanned separately.

F. Once the scan is complete, they will either complete the housing process, be returned to booking or to their housing location.

G. The scanning deputy will ensure the incarcerated person gets moved in the Movement Roster to "SCNR" to track that the person has been scanned.

### 522.4 PRESERVATION OF IMAGES

A. In the event weapons, drugs or contraband items are detected, the image will be transferred to a thumb drive by the appropriate Sergeant to use as evidence, if needed.

B. When contraband is recovered after the scan, a jail incident report will be generated.

C. All other scans, when conducted for routine facility security purposes, will be saved under the incarcerated person's booking number.

D. Only a Sergeant or above may authorize the printing, transferring or otherwise disseminated of any image beyond that what is saved by the scanner. All images are considered confidential and only used for penological purposes.

E. Images will be stored on the device and will remain if space permits on the local drive.

### 522.5 SAFETY PARAMETERS

A. Upon being aware of any safety issues related to a body scan device, staff shall immediately report their concerns to the appropriate supervisor.

B. Operators of the body scan device shall use it in a responsible manner, in accordance with this policy, their training and in accordance with the manufacturer's operating instructions.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

C. The operator's manual for each body scan device shall not be removed from the Deputy's workstation of each scanner.

D. During operation of the body scan device, unauthorized persons (other than service personnel) are not allowed within the working zone.

E. Each body scan device should be marked with the following symbols:

   1. Attention! Refer to the Operation Documents!

   2. Danger: High Voltage

**522.6 REFERENCE**

CUSTODY POLICY 510- SEARCHES

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# 536-SEARCHES_-
# _PAT_SEARCHES_AND_STRIP_SEARCHES.pdf

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# SEARCHES - PAT SEARCHES AND STRIP SEARCHES

## 536.1 PROCEDURES

A. Barring exigent circumstances, male Correctional Deputies are prohibited from pat searching female incarcerated persons. All cross gender pat searches of female incarcerated persons by male Correctional Deputies shall be documented in an incident report.

B. In Booking, all arrestees/incarcerated persons shall be pat searched prior to entering the secure perimeter. When possible, the Medical/Mental Health Screening form will be completed prior to the pat search.

1. All jewelry or unauthorized items will be removed from the arrestee's person and placed onto their property.

2. Any item that could be used to harm oneself should be removed from the arrestee and placed on their property.

3. If the arrestee is wearing any sports attire or gang clothing, they should be provided jail issued clothing to change into.

C. The Correctional Deputy completing the pat search will visually inspect the incarcerated person for any abnormalities and obvious items of contraband.

D. The Correctional Deputy will remove and search any prosthetic device the incarcerated person may have, with the exception of false eyes. The Correctional Deputy shall return the device to the incarcerated person unless it is deemed a possible safety/security risk.

E. The Correctional Deputy will remove and search any wig or hairpiece the incarcerated person may have. The Deputy shall return the wig or hairpiece to the incarcerated person, who may retain possession of the item until they are dressed in for housing.

1. Wigs and hairpieces that are removable will be placed in the incarcerated person's property at dress-in.

2. Incarcerated persons who have hair extensions are not required to remove them during the initial search or when being housed. At any time, if the extensions grow out and/or are easily removed, they shall be removed and placed in the incarcerated person's property.

F. Contraband found during a booking pat search shall be turned over to the arresting officer.

## 536.2 CONDUCTING FORCIBLE STRIP SEARCHES

A. Should an arrestee/incarcerated person refuse to comply with a Correctional Deputy's request to conduct a strip search, the Correctional Deputy shall notify the Booking Sergeant and request direction.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

B. The Booking Sergeant, or Deputy under the Sergeant's supervision, shall use reasonable efforts to attempt to convince the incarcerated person to complete the strip search voluntarily, and shall notify the incarcerated person that they will be forcibly strip searched if they don't comply.

C. If staff are unable to gain compliance from the incarcerated person, then the Booking Sergeant may direct Correctional Deputies to conduct a forcible strip search.

    1. Forcible strip searches shall only be done by staff of the same sex as the incarcerated person.

D. If a forcible strip search has been authorized, Correctional Deputies shall:

    1. Restrain the incarcerated person using handcuffs or waist chains and leg irons, as appropriate.

    2. Utilize a metal detector to identify any metal weapons or contraband that may be concealed, if applicable.

    3. Conduct a thorough pat search of the incarcerated person to determine if there are easily discovered items of contraband in their possession.

E. Correctional Deputies shall direct the incarcerated person to an appropriate area for a forcible strip search (e.g., a safety cell) and shall only use that force which is reasonable for the purpose of located weapons and contraband.

F. All forcible strip searches shall be video recorded. The Booking Sergeant shall designate a Correctional Deputy to write an Incident Report documenting the facts of the forcible strip search as well as actions taken to obtain the incarcerated person's compliance.

## 536.3 REFERENCES

Custody Policy 510 - Searches

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# 539-SEARCHES_-_PERIMETER.pdf

Copyright Lexipol, LLC 2026/07/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

# SEARCHES - PERIMETER

## 539.1 GENERAL INFORMATION

A. At NCDF, perimeter searches will be conducted a minimum of twice each shift.

B. Deputies will not set a pattern or establish any type of routine when conducting perimeter searches.

C. In addition to scheduled searches, roof and perimeter searches may be conducted when circumstances warrant (e.g. the sound of drilling occurring outside the facility).

D. Correctional Staff who discover suspicious circumstances or persons will request assistance and direction before acting.

E. Deputies who discover maintenance problems will follow proper procedure for reporting such problems.

F. Areas to be examined will include but not be limited to:

1. Doors, frames and locks.
2. Windows, frames and screws.
3. Vents.
4. Exposed wiring and plumbing.
5. Building facade and landscaping.

G. Patrol Deputies conducting searches after daylight hours will do so at the discretion of the Patrol Sergeant in coordination with the Detention Watch Commander.

## 539.2 CONDUCTING A ROOF SEARCH AT MADF

A. The Custody Main Sergeant will designate two Correctional Deputies to conduct a roof search whenever one is deemed necessary or at his/her discretion. A roof search can be conducted on any shift.

B. The Deputy will notify the Custody Main Sergeant and Central Control when they are ready to conduct the roof search.

C. The Custody Main Sergeant will:

1. Log the search in the Sergeant's Activity Log.

D. The Deputy will:

1. Go to Central Control.
2. Retrieve an emergency key set.
3. Go to the fourth floor and exit the building out onto the roof through the emergency exit door, locking it behind them.

E. The Deputies will inspect the roof, ducts and machinery on the roof, looking for contraband and/or signs of tampering.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

F. When the roof search has been completed, the Deputies will:

1. Enter the building, using the same door through which they left the building, locking the door behind them.

2. Advise Central Control.

3. Advise the Sergeant of the results of the search.

4. Complete work orders and/or incident reports, as applicable.

G. The Custody Main Sergeant will log the results of the search in the Sergeant's Activity Log.

H. The Deputies will go to Central Control and return the emergency key set.

**539.3 CONDUCTING A PERIMETER SEARCH AT NCDF**

A. There are several different designations of security perimeters at NCDF and each is patrolled and held secure according to the specific designation.

1. The 101, 201, 501, and 502 Units are designated as "minimum" security areas.

2. The 202 and 203 housing units and the 301 Unit are designated as "medium" security areas.

3. The 401 Unit is designated as a "maximum/medium" security area. It can be used in either of these capacities.

B. The Movement Deputy 3 or Deputy assigned by the Watch Commander or designee will:

1. Notify the Watch Commander or designee prior to starting the perimeter search.

2. Notify the Central Control Deputy.

C. While on the perimeter search, Movement Deputies will:

1. Visually inspect the building exterior, checking for any evidence of tampering, or damage, particularly at doors and window; inspect fences and boundaries.

2. Inspect 301 and 202/203 vehicle drive-through gates and parking lots.

3. Check the ROP Yard and exercise areas.

4. Inspect all incarcerated persons "out of bounds" areas.

5. Check the shrubbery and trash containers around the building exterior.

6. Check the ROP/Weights and Measures areas.

D. Upon completion of the search, Movement Deputy will report to the Watch Commander or designee the results of their search.

E. Unit Deputies are responsible for making patrol rounds of the secure perimeters of their units each shift. These areas are:

1. 301 Unit Deputies will patrol the outside of the building and fenced yard areas.

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

2. The 101 and 201 Unit Deputies will patrol the exterior of the housing units; one 201 Unit Deputy will also make patrol rounds of the ball field a minimum of two times per shift.

F. In the event of the discovery of suspicious activity the Deputy shall immediately notify the Watch Commander or designee who will take appropriate action.

G. Documentation of suspicious activity will be placed in the NCDF Supervisor's Log by the Watch Commander or designee.

**539.4 REFERENCES**

Custody Policy 208 - Perimeter Security

Custody Policy 510 - Searches

Copyright Lexipol, LLC 2025/01/30, All Rights Reserved.
Published with permission by Sonoma County Sheriff's Office

EXHIBIT B

this is going to be a DUI, drugs, he's under the influence of drugs. So yeah, it kind of put a negative connotation on me with the COs when I got booked in, and they automatically just threw me in a tank. Instead of giving me a proper booking, I had to wait a couple hours before I could even attempt to get bail because of that because of what he told them.

And they're like, okay, well, he must be on drugs then. Like, I automatically already got stereotyped and had that prejudice on me that I was just a drug user and getting booked in for drugs. So yeah, they all thought I was under the influence of some type of drug too, and that was kind of embarrassing and humiliating.

**Q Anything besides all of that that we've already covered just now?**

A Yes. I also had to get strip searched, and that was really demeaning, because of drugs, apparently. So there's that --

**Q I --**

A -- sucks, you know.

**Q Yeah. I hate to be indelicate. Aside from the strip search, was there a cavity search, or was it just a strip search?**

A Well, I had to show him my private parts and drop my balls too to be -- in layman's terms. Excuse my language.

**Q Yeah.**

A But that's what they told me to do.

**Q Okay.**
A And I had to bend over and squat and cough. And yeah, it is pretty humiliating as a man. I don't think you would like that.
**Q No. I was in the Army. I didn't like any of that.**
A So you --
**Q Yeah. I -- okay.**
**And so you see why we keep asking this question, anything else, anything else, anything else, because there's -- there's things people can forget, there's always things that can happen. And so I'll just keep asking until we tap the well dry.**
**Anything other than what we've already covered until now?**
A No.
MR. EMMONS: Okay. Izaak, I'm going to turn it over to you now.
MR. SCHWAIGER: Okay. All right. Mr. LaMotte, I'm going to have -- want to make sure the audio is coming through okay since we still only have one microphone.
Madam Reporter, can you hear me okay? Okay. Great.

EXAMINATION

BY MR. SCHWAIGER:
**Q Mr. LaMotte, I want to share a couple exhibits. We'll have these marked Plaintiff's A and Plaintiff's B.**
**Before I put them up, I believe that Mr. Emmons asked**

## CERTIFICATE OF SERVICE

Case Name: **La Motte v. Ray, et al.**
USDC Case Number **4:24cv7249**

I hereby certify that on **September 29, 2026,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF RUSSELL EMMONS IN SUPPORT OF MOTION FOR NEW TRIAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 29, 2026**, at San Diego, California.

A. Dotson
Declarant

Signature

SF2024803709
85930758.docx